UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELENA POMA F/K/A ELENA AQUINO | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV543 (MRK) |
| v. | : | |
| | : | |
| CITY OF HARTFORD/ | : | |
| HEALTH DEPARTMENT | : | |
| Defendants. | : | NOVEMBER 4, 2003 |
| | : | |

## EXHIBIT LIST

A.  Relevant portions of the February 13, 2003 Deposition of Elena Poma and selected Exhibits

B.  Affidavit of Katherine McCormack

C.  Certified Charter of the City of Hartford

D.  Affidavit of Susan Comstock

E.  Relevant portions of the June 19, 2003 Deposition of Katherine McCormack