

# CITY OF HARTFORD

## COMPLAINT INTAKE FORM

**NAME** Elena Aquino

**ADDRESS** 68 Smith Dr., E. Hartford 06118

**HOME TELEPHONE**  **WORK TELEPHONE** 547-1426 X 768

**DEPARTMENT** Health  **DIVISION** Enviro. Health

**TITLE** Sr. Clerk Typist

**DISCIPLINARY ACTION WITHIN LAST 6 MOS**
YES ( )    NO (✓)

**BASIS OF DISCRIMINATION**

( ) Race
( ) Color
( ) Sex
(✓) Ancestry
( ) Age
( ) Sexual Orientation

( ) National Origin
( ) Marital Status
( ) Physical Disability
( ) Mental Disability
( ) Religion
( ) Previously Opposed, Filed, Testified, Assisted

**NATURE OF DISCRIMINATION:**

( ) LAYOFF
( ) EXCLUSION
( ) NO TRAINING
( ) NO CAREER LADDER
( ) JOB CLASSIFICATION
( ) BENEFITS

( ) PROMOTION
( ) DISCIPLINARY
( ) UNFAIR TREATMENT
( ) TERMS/CONDITIONS OF EMPLOYMENT
( ) OTHER

( ) DEMOTION
(✓) HARASSMENT
( ) INTIMIDATION
( ) WAGE DIFFERENTIAL

( ) DISCHARGE
( ) SENIORITY
( ) HIRING

AVE YOU FILED WITH ANY OTHER FORUM? (STATE, UNION, ETC.) IF YES, WHICH ONE?
YES ( )    NO (✓)

DATES OF ALLEGED DISCRIMINATORY/HARASSING PRACTICES, PROCEDURES OR INCIDENTS?
September 11, 1998 and October 14, 1998.

PERSON(S) WHO HAVE ALLEGEDLY DISCRIMINATED AGAINST COMPLAINANT:
Kevin Hood.

EXPLANATION OF CHARGE: Mr. Hood claims that Ms. McCormack told him that I spend too much time talking about personal matters to Ms. Bello. On the 2 mentioned dates Ms. Bello and I were talking Spanish which is why this leads me to believe that there is a problem with us speaking Spanish.

REMEDY YOU ARE SEEKING: I want to not feel harrassed because I speak spanish and I would also like for people to assume that our conversations are personal because they are spoken in spanish.

October 14, 1998
**DATE**

Elena Aquino
**COMPLAINANT'S SIGNATURE**

CONFIDENTIALITY WILL BE PROTECTED — RETALIATION DUE TO FILING OF THIS COMPLAINT IS AGAINST THE LAW.

IX-2

**DEFENDANT'S** POMA **2**
EXHIBIT NO.
FOR IDENTIFICATION
2-13-03
DATE:    RPTR:

POMA 000067

April 7, 1999

TO WHOM IT MAY CONCERN:

Ms. Elena Aquino filed an internal complaint with the Personnel Department.

In her complaint, Ms. Aquino alleged that she was being harassed by Kevin Hood, her immediate supervisor, because she spoke to a colleague of hers, Matilde Bello, in Spanish.

The investigation did not substantiate Ms. Aquino's allegation. There was no harassment by Mr. Hood. Instead, Mr. Hood was trying to assist Ms. Aquino to qualify for career advancement. He spoke to the Director of Health to help Ms. Aquino and Ms. Aquino was given an opportunity to accompany Lead Inspectors with the hope of being trained on lead inspection.

There has been no evidence to suggest that Mr. Hood questioned Ms. Aquino for speaking Spanish, neither did he say anything about speaking Spanish.

A draft of the report of the investigation is to be discussed when Ms. Aquino returns from maternity leave

SUBMITTED:



Godfred T. Ansah, Personnel
Administrator/ EEO Officer

DEFENDANT'S
EXHIBIT NO. _Aquino/POMA_ 3
FOR IDENTIFICATION
DATE: 2-13-03    RPTR: 3/

POMA 000066



DEFENDANT'S
EXHIBIT NO.  POMA  6
FOR IDENTIFICATION
2-13-03
DATE:                RPTR:

CONNECTICUT COMMISSION *on* HUMAN RIGHTS & OPPORTUNITIES

## AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

**DATE:** February 18, 1999

**CASE NO:** 9910333
**EEOC:** 16a991180

My name is **Elena Aquino**, and I reside at **33 Daisy Lane, South Windsor, CT  06074.** The respondent is **City of Hartford**, whose business address is **550 Main Street, Hartford, CT.**

I was **less trained on or about November 5, 1998, not promoted on or about December 29, 1998 and retaliated against** and believe that my **sex (female), pregnancy, ancestry (Puerto Rico) and previous opposition of respondent's discriminatory conduct** were in part factors in these actions. I believe that the respondent violated the following Connecticut General Statutes and Acts listed below and enforced through Section 46a-60(a)(1), 46a-60(a)(4), 46a-60(a)(7)  and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e and the Civil Rights Act of 1991.

**I provide the following particulars:**

1.  My name is Elena Aquino, and I reside at 33 Daisy Lane, South Windsor, CT  06074.

2.  The respondent is the City of Hartford located at 550 Main Street, Hartford, CT.

3.  The respondent employs more than 15 persons.

4.  I am a Hispanic female who was pregnant at all times relevant to this complaint.

5.  I began working for the respondent over four (4) years ago as a Senior Clerk Typist.

6.  In or about February 1997, the Lead Inspector for respondent was promoted (thereby leaving this position vacant), and I was subsequently approached by Owen Humphries, Lead Coordinator, and offered the opportunity to go out with other Lead Inspectors in order to perform inspections.

7.  I began performing these inspections in or about February, 1997, yet, despite the fact that I was now performing the duties of a Lead Inspector (such position constituting a promotion for me) I was not granted the Lead Inspector salary; that is,  I continued to receive the salary of a Senior Clerk Typist.

8.  In or about November, 1997, I temporarily left my employ on a two (2) month maternity leave.  When I returned to work in February of 1998, I discovered that the

1229 ALBANY AVENUE . HARTFORD . CONNECTICUT 06112 (860) 566-7710  FAX (860) 566.1997  Toll Free in Connecticut 1.800.477.5737

*Affirmative Action /* .

POMA 000074

respondent had filled the vacant Lead Inspector position, thereby denying me the opportunity to apply for this position.

9. I was highly upset regarding this situation due to the fact that before I had left for maternity leave, I had spoken to both Owen Humphries and Supervisor Kevin Hood regarding the Lead Inspector application process. Both men assured me that they were "working on" filling the position, and that I would be afforded the opportunity to apply for the position.

10. I subsequently learned that Bennie Crudup, an Asian male, had been hired for the position.

11. Despite the fact that Mr. Crudup had been hired for the Lead Inspector position, I was still obliged to assist him and the other Lead Inspector, Kenneth Ellison, with performing inspections.

12. On March 18, 1998, I met with Kevin Hood and told him that I was working out of my job class and further, that I wished to be compensated for the same. Mr. Hood then informed me that in the event I filed a grievance regarding this matter, I could be barred from performing future inspections as a result, such action thereby jeopardizing my opportunities for advancement. Mr. Hood also suggested that I speak to Director Katherine McCormack in order to express my interest in the Lead Inspector position to her. Finally, Mr. Hood informed me that Ms. McCormack did not harbor a favorable impression of me.

13. As my contact with Ms. McCormack was very limited (indeed, Ms. McCormack neither supervised me nor worked in my particular unit), I strongly believe that if in fact Ms. McCormack did not view me with favor, such could only be based upon the fact that I was pregnant and Hispanic.

14. On or about May 19, 1998, I became a State Certified Lead Inspector. I continued performing inspections until September of 1998.

15. On September 11, 1998, Mr. Hood informed me that Ms. McCormack had mentioned to him that I spent too much time talking about "personal things" to my co-worker, Ms. Matilde Bello. I told Mr. Hood that Ms. McCormack automatically assumed that my conversations with Ms. Bello were personal simply because we (i.e. I and Ms. Bello) were conversing in Spanish. However, as Ms. McCormack does not speak Spanish, she is in no way qualified to characterize the substance of my conversations with Ms. Bello.

16. On October 14, 1998, while I was having a conversation with Ms. Bello, I was approached by Kevin Hood who proceeded to state to me : "This is what Katherine was talking about." Mr. Hood's statement led me to believe that there was an 'issue' or problem regarding my native language, Spanish, and by extension, my ancestry, Hispanic.

17. On or about October 14, 1998, I filed a complaint against Kevin Hood, my immediate supervisor, with respondent's Human Resources department based upon the fact that Mr. Hood was harassing me during work hours simply because I was talking Spanish

POMA 000075

to another co-worker on occasion (see Nos. 15 and 16 above).

18. On October 27, 1998, Owen Humprhies sent me a memo regarding RMD - XRF training that I should attend; this training was mandatory for all Lead Inspectors (SEE Exhibit A).

19. On November 2, 1998, I submitted a request to my supervisor, Kevin Hood, that I be permitted to attend the RMD-XRF training; on November 5, 1998, I was denied my request. Respondent's alleged reason for said denial was that the training did not fall within my job description (SEE Exhibit B).

20. Respondent's reason for this denial is false in that respondent was well aware of the fact that I was highly interested in the Lead Inspector position (and therefore would be well served by attending the training), and further - and more significantly - was well aware of the fact that I had performed Lead Inspector duties in the past. Finally, respondent was well aware of the fact that the denial of this particular training request would hinder me in my efforts to advance (i.e. to be promoted to the Lead Inspector position).

21. On November 20, 1998, I met with Ponn Mahayosnand, Deputy Director, and requested that she examine the issue of my training request. Rather than address this specific concern however, Ms. Mahayosnand instead asked me when my baby was due and how long I was planning to be out on maternity leave (I was now pregnant with my second child). These queries from Ms. Mahayosnand led me to believe that my pregnancy was related to respondent's refusal to deny me the RMD-XRF training.

22. On December 3, 1998, Ms. Mahayosnand told me that she could not authorize the RMD-XRF training because the Lead Inspector position was now open, and that granting me the opportunity to attend the training would not be fair to the other applicants because such would grant me an unfair advantage. In fact, this was the same excuse that Ms. McCormack had presented to Godfred Ansah, Human Resource Representative for respondent who is currently investigating my October 14th complaint against Kevin Hood.

23. Bennie Crudup was subsequently promoted in or about July of 1998 to the position of Public Health Sanitarian, thereby creating a vacancy in his (former) Lead Inspector position. In December of 1998, when the position was posted, I applied for the position and later received a letter of rejection from the respondent on December 29, 1998.

24. The respondent's stated reason for denying me the position was I did not possess the minimum academic requirements and experience for the position, with no further elaboration.

25. Respondent's reason for my rejection is false in that I had become certified as a Lead Inspector and indeed, had already worked in that capacity for approximately 1 ½ years for the respondent, such serving to demonstrate that I did indeed posses both the minimum educational requirements (such evidenced by my certification) and employment experience.

POMA 000076

26. I therefore believe that respondent did not promote me due to my pregnancy in that I was pregnant at all relevant times during <u>both</u> Lead Inspector position openings. Moreover, during the first such vacancy (SEE No. 8 above), respondent had deliberately filled the position while I was on maternity leave thereby denying me the opportunity to apply for the position, despite my expressed interest and assurances to the contrary. I also believe that my pregnancy was instrumental in my denial for the second Lead Inspector position (SEE above). Further, it is my strong belief that respondent was also motivated to treat me in this adverse manner on the basis of my October 14th complainant (lodged with respondent's Human Resources Department) against Kevin Hood, <u>a complaint which had unequivocally stated that my use of the Spanish language - and thus the fact that I was Hispanic - was a factor in Hood's conduct towards me.</u>

27. I therefore charge the respondent with discriminating against me on the basis of my sex, female, pregnancy, ancestry (Hispanic) and previous opposition of respondent's discriminatory practices.

POMA 000077

**IMPORTANT: YOU MUST OBTAIN A NOTARIZATION OF YOUR COMPLAINT BEFORE YOU RETURN**

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to me under the above cited laws and secure for me any remedy to which I may be entitled.

_Elena Aguno_ _____ being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint and knows the content thereof; that the same is true of her/his own knowledge, except as to the matter herein stated on information and belief and that as to these matters s/he believes the same to be true.

Dated at _Hartford_, Connecticut this _18th_ day of _February_, 19 _99_.

_____
(Complainant's Signature)

Subscribed and sworn to before me this _18th_ day of _February_, 19 _99_.

_____
Notary Public/Commissioner of
the Superior Court

My commission expires: _____

# THE CITY OF HARTFORD
### *An Equal Opportunity Employer*
### Announces a Promotional Opportunity for



## PUBLIC HEALTH SANITARIAN INSPECTOR    Weekly Salary Range    $498.75 - $673.25

### POSITION

Vacancy is in the Lead Program of the Community Health Division of the Health Department. Under supervision, assists in the administration of the City's public health program by conducting routine inspection and regulation activities of general environment sanitation. Provides epidemiological and environmental investigations of lead poisoning cases. Conducts prompt environmental inspections of dwellings where children with elevated blood lead levels reside. Performs environmental testing of housing. Conducts risk reduction education with families. Writes reports to providers, case managers, and the State Health Department. Transmits orders to owners for abatement of lead from properties. Performs related work as required. Hours of this position are 35 per week.

### QUALIFICATIONS

Graduation from a standard high school, or its equivalent, supplemented by two years of college. Two years responsible experience in the field of public health sanitation involving public contact. Wherever possible appropriate equivalents will be considered.

### NECESSARY SPECIAL QUALIFICATIONS

Possession of a valid driver's license is required. A copy of a valid driver's license must be submitted with the application. **APPLICATIONS WITHOUT A COPY OF A VALID DRIVER'S LICENSE WILL NOT BE PROCESSED.**

### EXAMINATION

Open to all full-time, permanent employees of the City of Hartford who possess the above qualifications. The examination will include a rating of your training and experience as described on your application and may include a written test, an oral test, or a combination of both. All parts of the examination, including ratings and tests, will be related to the requirements of the position for which you have applied. The examination will be designed to measure the following: Knowledge of the laws, rules and regulations pertaining to municipal environmental sanitation; Knowledge of modern methods, principles and practices, and techniques of public health sanitation; Knowledge of lead inspection and the pathways of lead poisoning; Ability to express oneself clearly and concisely both orally and in writing. If appointed, you will be required to serve a probationary period normally 6-12 months in duration. This examination is subject to all Federal, State and Municipal laws, rules and regulations.

## APPLICATIONS WILL BE ACCEPTED UNTIL FRIDAY, DECEMBER 19, 1997.

DEFENDANT'S
EXHIBIT NO _____ **7**
FOR IDENTIFICATION
2-13-03
DATE: _____ RPTR: _____

Exam No.  1962
Issued:   12/4/97

Applications are obtained from and submitted to
**DEPARTMENT OF PERSONNEL**
MUNICIPAL BUILDING
550 MAIN STREET
HARTFORD, CONNECTICUT 06103
TELEPHONE (203) 543-8590

## CHANGE OF ADDRESS :                                   POMA 000145
It is your responsibility to notify the Personnel Department of any change of address on your application.

# STATE OF CONNECTICUT

### DEPARTMENT OF PUBLIC HEALTH

*10/27*

DEH #98-26

*Elena — Please call to Attend Course. Thank you Owen*

TO:        Directors of Health
           HUD Program Coordinators
           Chief Sanitarians

FROM:      *(M.A.)*
           Mark Aschenbach, Environmental Sanitarian II
           Childhood Lead Poisoning Prevention Program

SUBJECT:   RMD X-ray Fluorescence Analyzer Training and Radiation Monitoring
           Devices

DATE:      October 21, 1998

The Childhood Lead Poisoning Prevention Program (CLPPP) will be sponsoring a factory instruction training course December 8, 1998 from 8:15 a.m. to 4:30 p.m. at the Department of Transportation Headquarters in Newington, CT for the RMD Model LPA-1 Lead in Paint X-ray fluorescence analyzer. As you may be aware, the Department of Public Health currently has two (2) RMD LPA-1 instruments which it makes available to local code enforcement agencies responsible for the performance of lead inspections. **In order to release the CLPPP's RMD lead analyzer for use by a local health department, the representative from that department who will transport and/or use the instrument must have attended a factory instruction training course.** There will be no cost to local health departments or housing code enforcement officials. The course will cover:

a) Principles of X-ray Fluorescence
b) Principles of Operation
c) The Characteristics of the Radioactive Source
d) Radiation Safety Practices
e) Proper Operation of the LPA-1

*Carmela*

If you have any new or additional personnel who need to attend this training course, please contact Mark Aschenbach at (860) 509-7299 by November 20, 1998 so that we may determine the number of attendees.

For those who have received training from RMD in the past, refresher training is not required.

MA:ck



Phone:  (860) 509-7299
Telephone Device for the Deaf (860) 509-7191
410 Capitol Avenue - MS # 51LED
P.O. Box 340308 Hartford, CT 06134
An Equal Opportunity Employer

DEFENDANT'S
EXHIBIT NO. *Aschen. of MA* 10
FOR IDENTIFICATION
DATE 2-13-03    RPTR: *T*

POMA 000193

*EXHIBIT A*

## LOCAL CONFERENCE/TRAINING ATTENDANCE REQUEST FORM
### (use for local non-overnight conference/training only)

Employee Name: _Elena Aquino_  Employee Title: _Sr. Clerk Typist_

Division: _Environmental_  Program Name: _LPPEP_

Program Code: _____

Conference Title: _RMD-XRF Training_

Sponsor: _Childhood Lead Poisoning Prev. Prgm._

Conference Dates: From _12/8/98_  To _12/8/98_

Purpose of Attendance: _To learn how to properly use the RMD-XRF machine. Training is necessary in order to use and transport equipment._

Registration Fee: _∅_

Mileage Cost: _unknown_


_Elena Aquino_                _11/2/98_
Employee Signature            Date

_Elena_
_this is not within your_
_job description_

_11/5/98_
_J. Levin_

_____              _____
Program Manager Approval      Date

_____              _____
Director of Health or Designee Approval    Date

----

Please note: Once all signatures have been obtained, forward original request to Alma Hernandez in the Administration Office. Alma will distribute photocopies as follows: employee and program manager. Employee will attach a copy of approved request form to time sheet.

DEFENDANT'S
EXHIBIT NO. _Aquino v POMA_  _11_
FOR IDENTIFICATION
DATE: _2-13-03_  RPTR: _3_

_EXHIBIT B_   POMA 000194

# THE CITY OF HARTFORD

*An Equal Opportunity Employer*

**Announces a Promotional Opportunity for**



**PUBLIC HEALTH SANITARIAN INSPECTOR**

Weekly Salary Range     **$503.75 - $680.00**

## POSITION

Vacancy is in the Lead Program of the Community Health Division of the Health Department. Under supervision, assists in the administration of the City's public health program by participation in the routine inspection and regulation activities of general environmental sanitation. Provides epistemologies and environmental investigations of lead poisoning cases. Conducts prompt environmental inspections of dwellings where children with elevated blood lead levels reside. Performs environmental testing of housing. Conducts risk reduction education with families. Writes reports to providers, case managers, and State Health Department. Transmits orders to owners for abatement of lead from properties. Performs related work as required. Hours of this position are 35 per week and the above salary includes 5% in lieu of overtime.

## QUALIFICATIONS

Graduation from a standard high school, or its equivalent, supplemented by two years of college. Two years responsible experience in the field of public health sanitation, involving public contact. Wherever possible, appropriate equivalents will be considered.

## NECESSARY SPECIAL QUALIFICATIONS

Possession of a valid driver's license is required. A copy of a valid driver's license must be submitted with the application. **APPLICATIONS WITHOUT A COPY OF A VALID DRIVER'S LICENSE WILL NOT BE PROCESSED.**

## EXAMINATION

Open to all full-time, permanent employees of the City of Hartford who possess the above qualifications. The examination will include a rating of your training and experience as described on your application and may include a written test, an oral test, or a combination of both. All parts of the examination, including ratings and tests, will be related to the requirements of the position for which you have applied. The examination will be designed to measure the following knowledge, abilities and skills; Knowledge of the laws, rules and regulations pertaining to municipal environmental sanitation; Knowledge of modern methods, principles and practices, and techniques of public health sanitation; Knowledge of lead inspection and the pathways of lead poisoning; Ability to express oneself clearly and concisely, both orally and in writing. If appointed, you will be required to serve a probationary period normally 3-12 months in duration  This examination is subject to all Federal, State and Municipal laws, rules and regulations.

## APPLICATIONS WILL BE ACCEPTED UNTIL FRIDAY, DECEMBER 18, 1998.



Exam No. 2074
Issued:  11/25/98

Applications are obtained from and submitted to
**DEPARTMENT OF PERSONNEL**
MUNICIPAL BUILDING
550 MAIN STREET
HARTFORD, CONNECTICUT 06103
TELEPHONE  (203) 543-8590

POMA 000196

**CHANGE  OF  ADDRESS :**

It is your responsibility to notify the Personnel Department of any change of address on your application.

SEAL OF THE CITY OF HARTFORD CONNECTICUT

# CITY OF HARTFORD
## An Equal Opportunity Employer

# APPLICATION FOR EMPLOYMENT

Department of Personnel, 550 Main Street, Hartford, Connecticut 06103

(COMPLETE IN INK OR ON TYPEWRITER)

**DO NOT WRITE IN THIS SPACE**

☐ Q

☐ NQ

☐ Res

☑ Educ     Rev. by: _____ SA2

☑ Exp

☐ Not City Emp

☐ Other _____

**1. Job Applying For**

Public Health Sanitarian Inspector (307A)

USE TITLE ON JOB ANNOUNCEMENT     EXAM NO.

**2. Your Name**

Aquino     Elena

(PRINT)   LAST NAME     FIRST     MIDDLE

**3. Address**

33 Daisy Lane

NO. AND STREET, RD OR P.O. BOX     APT. NO.

So. Windsor     CT     06074

CITY     STATE     ZIP CODE

**4. How long have you lived at this address?**

16 mo.

**5. Your telephone number**

unlisted     547-1426 x7,

HOME     WORK

**6. Date of Birth**

1-19-66

**7. Have you ever been convicted of any offense other than a minor traffic violation?**

☐ Yes     ☒ No

Conviction is not necessarily disqualifying. Give the facts and dates of your conviction(s) in Space 8.

**8.** Use this space to explain any items in Spaces 1-7.

DEFENDANT'S EXHIBIT NO. POMA 13 FOR IDENTIFICATION 2-13-03 DATE: _____ RPTR:

**9. EDUCATION**

**A.** Did you graduate from high school?

| YES | MONTH | YEAR | NO | HIGHEST GRADE COMPLETED |
|---|---|---|---|---|
| | | | | |

**B.** If you have a high school equivalency certificate, give the year and place the certificate was granted:

| YEAR | PLACE |
|---|---|
| | |

**C.** Give last high school, grade school, or trade school you attended:

| NAME OF SCHOOL | LOCATION | DATES ATTENDED | COURSE |
|---|---|---|---|
| | | | |

**D.** List any colleges, business schools, or technical schools you attended:

| NAME OF SCHOOL | LOCATION | COURSE OR MAJOR | DATES ATTENDED | DEGREE OR CERTIFICATE RECEIVED |
|---|---|---|---|---|
| MCTC | 60 Bidwell St. Manchester | Legal Studies | 92-Present | |
| PBCC | PGA Boulevard Florida | Drafting | 1/90-12/90 | |
| North Tech. Institute | Riviera Beach Florida | Mechanical Drafting | 4/90-12/90 | Drafting Certificate |

**E.** Other training (special courses, work training programs, armed forces training). Give name and location where training was given, certificate (if any), dates attended, subject of training, number of hours weekly, and other details related to the job for which you are applying.

Attended Lead Inspector and Risk Assessor Training and received certificates in May, 1998. Attended a one day Lead Abatement Course at CRT on November 16, 1998. I have perform inspections, epidemiological investigations and perform other duties currently assigned to a Lead Inspector.

NOTE Aliens must show an Alien Registration Receipt Card (Form I-151), or Form I-94 endorsed to permit employment.

10. EXPERIENCE. Start with your last job and work back listing all paid or un... full or part-time work, military service, and summ... jobs performed during the last 10 years. Use additional sheets of plain paper if you need more space. Work performed more than 10 years ago m... be given if it applies to the job you want.

Is it O.K. if we contact your present employer?  Yes [X]  No [ ]  (NOTE: We may contact any previous supervisor to verify yo... past duties.)

| STARTING DATE MONTH YEAR | NAME AND ADDRESS OF PRESENT OR LAST EMPLOYER |
|---|---|
| 12  96  Present | Hartford Health Dept., 131 Coventry St. |

| SALARY $537. wk | HOURS PER WEEK 35 | NAME, TITLE, AND PHONE NUMBER OF YOUR IMMEDIATE SUPERVISOR Kevin Hood, Program Manager, 547-1426 X 7175 |
|---|---|---|

REASONS FOR LEAVING ____

Your present or last job title: Sr. Clerk Typist

Your duties: Performed epidemiological and lead investigation under the supervision of t... Current lead inspector. Provided educational material to families to help them prevent further lead poisoning to their children. Prepare orders to owners for abatement of lead. Serve as a liaison between medical providers, state agencies, community agencies. T... monthly report and other letters, forms, affidavits for completion of abatement. Attend court.

| STARTING DATE MONTH YEAR | ENDING DATE MONTH YEAR | NAME AND ADDRESS OF NEXT PREVIOUS EMPLOYER |
|---|---|---|
| 10  94 | 12  96 | Department of Human Services, 2 Holcomb St. |

| SALARY $468. wk | HOURS PER WEEK 35 | NAME AND TITLE OF YOUR IMMEDIATE SUPERVISOR Ramon Arroyo, Supervisor |
|---|---|---|

REASONS FOR LEAVING Transfer to Health Department

Your job title: Sr. Clerk Typist

Your duties: Attended clients. Informed the clients of the services provided; how they needed to request services. Referred clients to different departments and/or agencies. Distributed checks to clients. Interpreted/translated during interviews or hearings. Typed medical cards, vouchers, letters, etc.

| STARTING DATE MONTH YEAR | ENDING DATE MONTH YEAR | NAME AND ADDRESS OF EMPLOYER |
|---|---|---|
| 5  94 | 10  94 | T.C.I Cablevision 91 Shield St, West Hartford |

| SALARY $400 + com. wk | HOURS PER WEEK 40 | NAME AND TITLE OF YOUR IMMEDIATE SUPERVISOR Claudia Hawkins, Supervisor |
|---|---|---|

REASONS FOR LEAVING Job offer with the City of Hartford with better hours

Your job title: Customer Service Representative

Your duties: Answered calls from customers. Helped them understand their bills. Helped them "trouble shoot" minor cable problems. Adjusted bills by giving credit whenever necessary. Provided customers with options for services and assisted them on the selection of cable service based on their needs. Provided training to new employees and other services as requested.

| STARTING DATE MONTH YEAR | ENDING DATE MONTH YEAR | NAME AND ADDRESS OF EMPLOYER |
|---|---|---|
| 1  92 | 5  94 | Civic Center, 1 Civic Center Plaza |

| SALARY 10.25 hr. | HOURS PER WEEK 10-25 | NAME AND TITLE OF YOUR IMMEDIATE SUPERVISOR Helen Brote, Box Office Supervisor |
|---|---|---|

REASONS FOR LEAVING Full time position with Cable.

Your job title: Box Office Clerk

Your duties: Sold tickets for concerts, games, special events. Gave directions to Civic Center. Answer telephone. Balanced cash register at the end of my shift. Performed other duties as required.

11. SPECIAL SKILLS OR ABILITIES. Show licenses (including driver's); machines you operate; languages other than English which you speak, read and write well; typing and shorthand speeds; and any other special abilities or knowledges relating to the job you want. Some veterans may be eli- gible for special preference. Check with the Personnel Department.

I speak, read and write fluent Spanish. I have the ability to communicate well with the public. Because of the fact that we serve a spanish speaking community they feel very comfortable with some one who speaks their language.

11. CERTIFICATION. I certify that all statements made on or in connection with this application are true, complete, and correct to the best of my know... ...dge and belief, and are made in good faith. I understand that incomplete, false, or inaccurate information may result in my dismissal if employed. ...nd that false information may result in the rejection of this application

12/3/98          Edna Aquino

POMA 000141



POMA 000142

# CITY OF HARTFORD

**DEPARTMENT OF PERSONNEL**
550 Main Street, Hartford, CT 06103
Telephone (860) 543-8590



### COUNCIL – MANAGER GOVERNMENT

12/29/98

Elena Aquino
33 Daisy Lane
South Windsor, CT  06074

Dear Applicant:

This is to inform you of the status of your application for the position of PUBLIC HEALTH SANIT. INSPEC.

Unfortunately, we cannot consider your application for the following reason(s):

**X**  Academic: Application did not reflect the minimum educational
-----          requirements as stated on the job announcement.

**X**  Experience: Application did not reflect the minimum experience
-----          requirements as stated on the job announcement.

     Age: Does not meet the minimum age requirement.
-----

     Residence: Is not a bonafide resident of Hartford on the date of
-----          application.

     Late Application: Your application was received after the
-----          official closing date for this position.

     Incomplete: Copy of required documentation was not submitted
-----          with the application as stated on the job announcement or
             has been determined to be insufficient.

     Bilingual Ability: Did not indicate bilingual ability on application.
-----

     Other -
-----

This action does not preclude you in any way from applying for future
positions with the City of Hartford.

Thank you for your interest in employment with the City of Hartford.

For the Personnel Director

By:  _Susan Renfroh_
-----------------------
     Personnel Department

DEFENDANT'S
Aquino POMA     14
EXHIBIT NO.
FOR IDENTIFICATION
2-13-03
DATE:          RPTR:

POMA 000143