UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELENA POMA F/K/A ELENA AQUINO : | | CIVIL ACTION NO. |
| Plaintiff, : | | 3:02CV543 (MRK) |
| v. : | | |
| : | | |
| CITY OF HARTFORD/ : | | |
| HEALTH DEPARTMENT : | | |
| Defendants. : | | |

### AFFIDAVIT OF KATHERINE MCCORMACK

I, KATHERINE MCCORMACK, being duly sworn, hereby depose and state:

1. I am over the age of 18 and believe in the obligations of an oath.

2. From January 1, 1996 through June 30, 2003, I served as the Director of Health for the City of Hartford. Previously, I had served as the Acting Director of Health.

3. In or around 1998, Kevin Hood supervised Elena Aquino.

4. I do not ever recall commencing any formal discipline against Elena Aquino while she was employed in the Health Department.

5. Attached as Exhibit 1 hereto is a true and accurate copy of a letter that I sent to Elena Aquino (n/k/a Elena Poma) on or about December 23, 1996.

6. Attached as Exhibit 2 hereto is a true and accurate copy of a letter that I sent to Elena Aquino on February 23, 1999.

7.   Attached as Exhibit 3 hereto is a true and accurate copy of a memorandum that I sent to Elena Aquino on or about March 19, 1999.

_____
KATHERINE MCCORMACK

Subscribed and sworn before me
this 3rd day of November, 2003

_____
Notary Public/Commissioner of the
Superior Court

11653

2

# CITY OF HARTFORD

HARTFORD HEALTH DEPARTMENT
80 COVENTRY STREET, HARTFORD, CONN. 06112



COUNCIL – MANAGER GOVERNMENT

December 26, 1996

Elena Aquino
68 Smith Drive
East Hartford, CT 06118

Dear Ms. Aquino:

On behalf of the City of Hartford Health Department, I thank you for accepting the position of **Senior Clerk Typist** at the starting salary rate of **$521.50 per week.** As agreed, your starting date and time will be Monday, **December 30, 1996** at 8:30 a.m.

Please indicate your acceptance of the above by signing your name and date below and returning the original to us in the enclosed self-addressed stamped envelope. Kindly keep the enclosed photocopy of this letter for your records.

I look forward to seeing you soon.

Sincerely,

Katherine M. McCormack, RN, MPH
Director of Health

_____   12-27-96
Accepted by Elena Aquino       Date

cc: R. Coleman, Deputy Health Director
    O. Humphries, Program Manager
    File



POMA 000303

# CITY OF HARTFORD

DEPARTMENT OF PERSONNEL
550 Main Street, Hartford, CT 06103
Telephone (860) 543-8590



COUNCIL – MANAGER GOVERNMENT

February 23, 1999

Ms. Elena Aquino
68 Smith Drive
East Hartford, CT 06118

Dear Ms. Aquino:

Due to the reduction of federal funds for the Women's Health Services Program in the Hartford Health Department, a Senior Clerk Typist position will be eliminated.

Therefore, as you are the least senior Senior Clerk Typist in the Health Department and in accordance with Article XI, Section 11.0 (A and B) of the Agreement Between the City of Hartford and Local 1716, Council 4, AFSCME, AFL-CIO, this serves as your notice of lay-off effective the close of business Friday, March 12, 1999.

I urge you to contact the Personnel Department to discuss any questions you may have concerning this action and any benefits to which you may be entitled. You may raise any concerns that you have about this action with the Personnel Department or me.

On behalf of the City, I would like to express my gratitude for your service to the City and hope that the future holds good things for you.

Very truly yours,

Katherine McCormack
Health Director

cc: P. Washington, Director of Personnel
    C. King, President, Local 1716, Council 4, AFSCME, AFL-CIO



MEMBER

POMA 000183