# CITY OF HARTFORD

## INTERDEPARTMENTAL MEMORANDUM

TO: Elena Aquino, Lead Program

FROM: Katherine M. McCormack, RN, MPH
Director of Health

SUBJECT: **Lay-off**

DATE: March 19, 1999

As a follow-up to your lay-off letter by the Personnel Department, I would like to share the following:

- You were laid off as a result of bumping rights since you were the least-senior Senior Clerk Typist

- The Health Department is offering you the opportunity to apply for the position of Interviewer in the Women, Infant and Children Program or General Clerk in Vital Records. If you are interested, you must write a letter to Patricia Washington, Personnel Director requesting a voluntary demotion and contact Ponn P. Mahayosnand, Deputy Director of Health as soon as possible.

cc. C. King
P. Washington
P. Mahayosnand
K. Hood

H:\My Documents\Elena's 3rd step proposal, 3-19-99.doc

POMA 000204