UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELENA POMA F/K/A ELENA AQUINO | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV543 (MRK) |
| v. | : | |
| | : | |
| CITY OF HARTFORD/ | : | |
| HEALTH DEPARTMENT | : | |
| Defendants. | : | |

## AFFIDAVIT OF SUSAN COMSTOCK

I, SUSAN COMSTOCK, being duly sworn, hereby depose and state:

1.      I am over the age of 18 and believe in the obligations of an oath.

2.      I am currently employed in the City of Hartford's Police Department in its Records division.

3.      From 1993 to July 2002, I was employed, in City Hall, 550 Main Street, Hartford, Connecticut, in the City of Hartford's Personnel Department.  My last job title was Principal Personnel Analyst.

4.      Attached hereto as Exhibit 1 is a true and accurate copy of the City of Hartford's Personnel Rules and Regulations that were in effect during the 1997-1999 time period.

5.      As part of my duties as a Principal Personnel Analyst, I was in charge of overseeing a promotional opportunity for the position of Public Health Sanitarian Inspector

(otherwise known as "Lead Inspector").  Such promotional opportunity was posted November 25, 1998 and was designated exam number 2074.

     6.      As a part of my duties, I reviewed all timely applications submitted in response to the posting for this Lead Inspector position.

     7.      Based on my review of Elena Aquino's application, I determined that such application did not reflect the academic and experience requirements for the position.

     8.      In accordance with Personnel Rules and Regulations, Rule II §4, I sent Ms. Aquino correspondence (attached hereto as Exhibit 2) informing her that her application could not be considered because it failed to reflect the minimum educational and experience requirements for the position.

     9.      Prior to reviewing Ms. Aquino's application, I do not recall ever meeting Ms. Aquino.

     10.      Prior to reviewing Ms. Aquino's application, I did not speak to anyone (in the City's Health department or elsewhere) regarding her application.

     11.      At the time that I reviewed her application, I had no knowledge as to whether Ms. Aquino was pregnant or not.

     12.      Prior to sending the letter attached hereto as Exhibit 2, I did not consult with anyone outside of the Personnel department regarding my determinations that Ms. Aquino's

application, on its face, did not reflect the minimum qualifications for the position in terms of

education and experience.

_____
SUSAN COMSTOCK

Subscribed and sworn before me
this 16th day of September, 2003

_____
Notary Public/Commissioner of the
Superior Court

11147

3