CITY OF HARTFORD


HARTFORD                                    CONNECTICUT


PERSONNEL RULES AND REGULATIONS

PERSONNEL BOARD

**Francisco DeJesus, Chairperson**

**Larry Reynolds, Vice Chairperson**

**Annika L. Warren**


DIRECTOR OF PERSONNEL

Patricia C. Washington


Including Changes as of 12/27/93

# TABLE OF CONTENTS

Page

Rule I – Purpose and Amendment Rules . . . . . . . . . . . . . . . 1–1

Rule II – Definitions . . . . . . . . . . . . . . . . . . . . . . . 2–1

Rule III – The Classification Plan . . . . . . . . . . . . . . . . 3–1

Rule IV – The Pay Plan . . . . . . . . . . . . . . . . . . . . . . 4–1

Rule V – Applications and Applicants . . . . . . . . . . . . . . . 5–1

Rule VI – Examinations . . . . . . . . . . . . . . . . . . . . . . 6–1

Rule VII – Employment Lists . . . . . . . . . . . . . . . . . . . 7–1

Rule VIII – Method of Filling Vacancies . . . . . . . . . . . . . 8–1

Rule IX – Probationary Period . . . . . . . . . . . . . . . . . . 9–1

Rule X – Attendance and Leaves . . . . . . . . . . . . . . . . . . 10–1

Rule XI – In-Service Activities . . . . . . . . . . . . . . . . . .11–1

Rule XII – Penalties and Separations . . . . . . . . . . . . . . . 12–1

Rule XIII – Handling of Suggestions, Complaints, Appeals . . . . 13–1

Rule XIV – General Provisions and Prohibitions . . . . . . . . . 14–1

INDEX

Rule/Page

A

Absence, without leave. . . . . . . . . . . . . . . . . . . .   10-11
Activities, in service. . . . . . . . . . . . . . . . . . .   11-1
"Allocation". . . . . . . . . . . . . . . . . . . . . . . .   2-1
Allowances
  Meals. . . . . . . . . . . . . . . . . . . . . . . . . ..   4-8
  Subsistence. . . . . . . . . . . . . . . . . . . . . . ..   4-3
Amended Plan, Application of. . . . . . . . . . . . . . . .   4-7
Appeals. . . . . . . . . . . . . . . . . . . . . . . . . ..   13-2
Applicants. . . . . . . . . . . . . . . . . . . . . . . . .   5-1
Applications, forms. . . . . . . . . . . . . . . . . . . ..   5-1
Appointment. . . . . . . . . . . . . . . . . . . . . . . ..   8-2
Appointing Authority. . . . . . . . . . . . . . . . . . . .   2-1
Assignment pay. . . . . . . . . . . . . . . . . . . . . . .   4-3
Awards, suggestion. . . . . . . . . . . . . . . . . . . . .   13-1

B

Bereavement Leave. . . . . . . . . . . . . . . . . . . . . .   10-10

C

Certification
  Eligibles. . . . . . . . . . . . . . . . . . . . . . . . .   8-1
  Payrolls. . . . . . . . . . . . . . . . . . . . . . . . ..   4-9
City Charter. . . . . . . . . . . . . . . . . . . . . . . .   1-1, 14-1
"Class" of Positions. . . . . . . . . . . . . . . . . . . .   2-1
"Class Specifications". . . . . . . . . . . . . . . . . . .   2-1
Class Titles. . . . . . . . . . . . . . . . . . . . . . . .   3-3
Classes
  Hours of Work. . . . . . . . . . . . . . . . . . . . . . .   10-1
Classification Plan. . . . . . . . . . . . . . . . . . . . .   3-1
  Revision. . . . . . . . . . . . . . . . . . . . . . . . .   3-2
"Classified Service". . . . . . . . . . . . . . . . . . . .   2-1
College Incentive Pay . . . . . . . . . . . . . . . . . . .   4-9
Compensatory Days. . . . . . . . . . . . . . . . . . . . ..   4-7
Compensatory Time. . . . . . . . . . . . . . . . . . . . ..   4-4
Complaints. . . . . . . . . . . . . . . . . . . . . . . . .   13-1
Connecticut Statutes. . . . . . . . . . . . . . . . . . . .   1-1
Conventions. . . . . . . . . . . . . . . . . . . . . . . ..   10-10

D

Definitions. . . . . . . . . . . . . . . . . . . . . . . ..   2-1
"Demotion". . . . . . . . . . . . . . . . . . . . . . . . .   2-1, 12-1
  Mental. . . . . . . . . . . . . . . . . . . . . . . . . .   12-1
  Pay. . . . . . . . . . . . . . . . . . . . . . . . . . . .   4-4
  Physical. . . . . . . . . . . . . . . . . . . . . . . . .   4-4, 12-1
  Voluntary. . . . . . . . . . . . . . . . . . . . . . . . .   12-1, 4-4
Disciplinary Action. . . . . . . . . . . . . . . . . . . . .   12-1
"Dismissal". . . . . . . . . . . . . . . . . . . . . . . . .   2-1,9-1,12-2
Disqualification. . . . . . . . . . . . . . . . . . . . . .   5-1
Duration, Probation. . . . . . . . . . . . . . . . . . . . .   9-1

**E**

Rule/Page

"Eligible". . . . . . . . . . . . . . . . . . . . . . . .   2-1
Eligibles
   Availability. . . . . . . . . . . . . . . . . . . . .   7-1
   Certification. . . . . . . . . . . . . . . . . . . . .   8-1
"Employee". . . . . . . . . . . . . . . . . . . . . . . .   2-1
Exempt Employee. . . . . . . . . . . . . . . . . . . . .   2-3
Employee, Non-exempt. . . . . . . . . . . . . . . . . .   2-3
Employee, Permanent. . . . . . . . . . . . . . . . . . .   2-2
Employee Training. . . . . . . . . . . . . . . . . . . .  11-1
Employee Health and Welfare. . . . . . . . . . . . . . .  11-1
Employee List. . . . . . . . . . . . . . . . . . . . . .   7-1
Evaluation of Performance. . . . . . . . . . . . . . . .   9-1
Examinations. . . . . . . . . . . . . . . . . . . . . .   6-1
Exceptional Service. . . . . . . . . . . . . . . . . . .   4-2

**F**

Flexible Schedule. . . . . . . . . . . . . . . . . . . .   4-6
Forms, Applications. . . . . . . . . . . . . . . . . . .   5-1
"Full Time Position". . . . . . . . . . . . . . . . . . .   2-2

**G**

Grievances. . . . . . . . . . . . . . . . . . . . . . .  13-1
Growth Increment. . . . . . . . . . . . . . . . . . . .   4-8
   Withheld. . . . . . . . . . . . . . . . . . . . . . .   4-8

**H**

Health and Welfare. . . . . . . . . . . . . . . . . . .  11-1
Holidays. . . . . . . . . . . . . . . . . . . . . . . .  10-12
Hourly basis position. . . . . . . . . . . . . . . . . .   2-3
Hours of Work. . . . . . . . . . . . . . . . . . . . . .  10-1

**J**

Jury Duty. . . . . . . . . . . . . . . . . . . . . . . .  10-10

**L**

"Layoff". . . . . . . . . . . . . . . . . . . . . . . .   2-2, 12-1
Leave
   Bereavement. . . . . . . . . . . . . . . . . . . . . .  10-10
   Conventions. . . . . . . . . . . . . . . . . . . . . .  10-10
   Jury. . . . . . . . . . . . . . . . . . . . . . . . .  10-10
   Maternity. . . . . . . . . . . . . . . . . . . . . . .  10-8
   Military. . . . . . . . . . . . . . . . . . . . . . .   7-2
   Military Reserve Training. . . . . . . . . . . . . . .  10-10
   Procedure. . . . . . . . . . . . . . . . . . . . . . .  10-11
   Sick. . . . . . . . . . . . . . . . . . . . . . . . .  10-4
   Training. . . . . . . . . . . . . . . . . . . . . . .  10-10
   Without Pay. . . . . . . . . . . . . . . . . . . . . .  10-11
   Personal Leave for Perfect Attendance. . . . . . . . .  10-13
   Sick Leave Extension. . . . . . . . . . . . . . . . .  10-6

### M

|  | Rule/Page |
|---|---|
| Maternity Leave. | 10-8 |
| Meal Allowance. | 4-8 |
| Military Leave. | 7-2 |
| Military Reserve Training. | 10-10 |

### N

Names
| On Employment Lists. | 7-1 |
|---|---|
| Removal from Lists. | 7-2 |
| New Classes. | 4-7 |
| Notification of Exam Results. | 6-2 |

### O

| "Open Competitive Test". | 2-2 |
|---|---|
Overtime
| Authorization. | 4-4 |
| Compensatory Time. | 4-4, 10-12 |
| Firefighter. | 4-5 |
| Holidays. | 10-12 |
| Payment. | 4-5 |

### P

| Part Time Position. | 2-2 |
|---|---|
Pay
| Assignment. | 4-3 |
| Certification. | 4-9 |
| Demotion. | 4-4 |
| Growth Increment. | 4-8 |
| Increases. | 4-2 |
| Inequities. | 4-2 |
| Part Time. | 4-3 |
| Promotion. | 4-3 |
| Transfer. | 4-3 |
| Pay Plan. | 4-1 |
| Administration. | 4-1 |
| Amendments. | 4-1 |
| Payment of Sick Leave. | 10-8 |
| Penalties and Separations. | 12-1 |
| Performance Evaluation. | 9-1 |
| Permanent Employee. | 2-2 |
| Permanent Position. | 2-2 |
| Personnel Board. | 13-2 |
| Personal Leave for Perfect Attendance. | 10-13 |
| Position. | 2-2 |
| Preference for Hartford Residents. | 6-3 |
| Principal Supervisors. | 4-6 |
| Probation. | 2-2, 9-1 |
| Prohibited Practices. | 14-1 |
| Promotion. | 2-2 |
| Promotion Pay. | 4-3 |
| Public Hearing. | 2-2 |

**R**                                                                Rule/Page

Rating, Service. . . . . . . . . . . . . . . . . . . . . . .   11-1
Regulations, inconsistent with Charter. . . . . . . . . . .   14-2
Remuneration, other. . . . . . . . . . . . . . . . . . . . .   4-2
Reports
  Annual. . . . . . . . . . . . . . . . . . . . . . . . . . .   14-1
  Personnel Changes. . . . . . . . . . . . . . . . . . . . .   14-1
  Personnel Department. . . . . . . . . . . . . . . . . . .   14-1

**S**

Salary (See Pay)
Seasonal Position. . . . . . . . . . . . . . . . . . . . . .   2-2
Separations and Penalties. . . . . . . . . . . . . . . . . .   12-1
Service Rating. . . . . . . . . . . . . . . . . . . . . . .   11-1
Sick Leave. . . . . . . . . . . . . . . . . . . . . . . . .   10-4
  Donation of. . . . . . . . . . . . . . . . . . . . . . . .   10-6
  Extension of. . . . . . . . . . . . . . . . . . . . . . .   10-6
  Payment of. . . . . . . . . . . . . . . . . . . . . . . .   10-8
  Proof of illness. . . . . . . . . . . . . . . . . . . . .   10-8
  Purposes of. . . . . . . . . . . . . . . . . . . . . . . .   10-7
Statutes, Connecticut. . . . . . . . . . . . . . . . . . . .   1-1
Subsistence Allowance. . . . . . . . . . . . . . . . . . . .   4-3
Suggestion Awards. . . . . . . . . . . . . . . . . . . . . .   13-1
Suspension. . . . . . . . . . . . . . . . . . . . . . . . .   2-2, 13-2

**T**

Temporary Appointment. . . . . . . . . . . . . . . . . . . .   8-2
Temporary Employee. . . . . . . . . . . . . . . . . . . . .   2-2
Tests
  Open Competitive. . . . . . . . . . . . . . . . . . . . .   6-1
  Promotion. . . . . . . . . . . . . . . . . . . . . . . . .   2-2
  Rating. . . . . . . . . . . . . . . . . . . . . . . . . .   6-1
  Special. . . . . . . . . . . . . . . . . . . . . . . . . .   6-1
  Training and Experience. . . . . . . . . . . . . . . . . .   6-2
  Veterans' Preference. . . . . . . . . . . . . . . . . . .   6-2
Training. . . . . . . . . . . . . . . . . . . . . . . . . .   10-10
Training Employee. . . . . . . . . . . . . . . . . . . . . .   11-1
Transfer. . . . . . . . . . . . . . . . . . . . . . . . . .   2-3
  Pay in. . . . . . . . . . . . . . . . . . . . . . . . . .   4-3
  To vacancy. . . . . . . . . . . . . . . . . . . . . . . .   8-1

**V**

Vacation Leave. . . . . . . . . . . . . . . . . . . . . . .   10-3
Vacancies
  Appointment to. . . . . . . . . . . . . . . . . . . . . .   8-2
  Method of filling. . . . . . . . . . . . . . . . . . . . .   8-1
  Requisition. . . . . . . . . . . . . . . . . . . . . . . .   8-1
  Transfers. . . . . . . . . . . . . . . . . . . . . . . . .   8-1
Veterans' Preference. . . . . . . . . . . . . . . . . . . .   6-2
Voluntary Demotion. . . . . . . . . . . . . . . . . . . . .   4-4, 12-1

**W**

Welfare and Health. . . . . . . . . . . . . . . . . . . . .   11-1
Workman's Compensation. . . . .                                10-9

## RULE I

## PURPOSE AND AMENDMENT OF RULES

1. **Purpose of Rules.** It is the purpose of these rules to give effect to the provisions of the City Charter covering positions defined therein as being in the classified service. The rules shall be applied in accordance with the purposes of the Charter which are interpreted and declared to be as follows:

(a) to establish for employees in the classified service a system of personnel administration based on merit principles and designed to secure efficient administration;

(b) to govern the appointment, promotion, demotion, transfer, layoff, removal and discipline of such employees and other incidents of City employment on the basis of merit and fitness.*

2. **Amendment of Rules.** The Director of Personnel, with the approval of the Personnel Board, may amend these rules and regulations not inconsistent with the provisions of the Charter as deemed suitable and necessary to carry out the provisions of the Charter. Amendments shall be adopted by the Personnel Board only after a public hearing has been held, open to any citizen, officer or employee of the City. At least five days' public notice of such hearing shall be given by one publication in at least one newspaper in general circulation setting forth the time and place of the hearing and the purpose for which it is called. After adoption by the Personnel Board, the Personnel Director shall forward the amendments to the Court of Common Council for approval or disapproval. If not approved or disapproved by the Council within two regular meetings after their adoption, the amendments shall be deemed approved. Following approval, the Director of Personnel shall promptly transmit such amendments to appointing authorities and have them posted on bulletin boards.

All amendments to these rules and regulations shall apply only to those employees in active service on the date of final approval and for such employees shall be retroactive to the preceding July 1 unless otherwise specified.

Rules concerning the operation of the department and conduct of all employees thereof established by the Fire Department, Police Department and the Department of Licenses and Inspections under their respective Charter provisions shall be in full force and effect. They shall not conflict with the Personnel Rules. In case of conflict, the Personnel Rules shall govern.

*Chapter 113, Section 7-474 (f), General Statutes of Connecticut, states as follows: "Where there is a conflict between any agreement reached by a municipal employer and an employee organization and approved in accordance with the provisions of Sections 7-467 and 7-477, inclusive, on matters appropriate to collective bargaining, as defined in said sections, and any charter, special act, ordinance, rules or regulations adopted by the municipal employer or its agents such as a personnel board or civil service commission, or any general statute directly regulating the hours of work of police officers or firefighters, the terms of such agreement shall prevail."

1-1

RULE II

DEFINITIONS

The following words and terms used in these rules shall have the meanings indicated below unless the context clearly requires otherwise.

1.  "ALLOCATION" means the assignment of an individual position to an appropriate class on the basis of the kind, difficulty, and responsibility of the work actually performed in the position.

2.  "APPOINTING AUTHORITY" means an officer or agency subject to the Charter having power to make appointments to positions.

3.  "CLASS" or "CLASS OF POSITIONS" means a group of positions sufficiently alike in duties, authority, and responsibility to justify the application of same class title, qualifications, and salary range to all positions in the group and the use of the same tests of fitness in recruiting.

4.  "CLASSIFIED SERVICE" means all positions in the City service except:  elected officers; members of boards and commissions and officers appointed by the Council or by the City Manager except the Director of Personnel and the City Assessor; one confidential secretary in each department; the executive secretary to the City Manager; the Corporation Counsel, Assistant Corporation Counsel and special counsel appointed by the Corporation Counsel; the Assistant City Treasurer; the medical and dental staff of City Hospitals and Institutions and the medical and dental staff in the Department of Health; patient or inmate help in City charitable, penal and correctional institutions; supernumeraries in the Police and substitutes in the Fire Departments at the effective date of the Charter; employees of the Board of Education; persons employed in a professional or scientific capacity to make or conduct temporary and special inquiries, investigations or examinations.  For the purpose of these rules, the term "employees in the classified service" and "positions in the classified service" shall be used interchangeably.

5.  "CLASS SPECIFICATION" means the written description of a class containing the official title, a statement of the duties, authority, and responsibilities of the class and the qualifications that are necessary or desirable for the satisfactory performance of the duties of the class.

6.  "DEMOTION" means the change of an employee from a position in one class to a position in another class having a lower maximum salary rate.

7.  "DISMISSAL" means the complete separation of an employee from the service by preferring charges against him in writing and after a hearing before the Personnel Board if requested in writing within the specified time, or by failure on his part to complete the probationary period successfully.

8.  "ELIGIBLE" means a person whose name is on an active employment list.

9.  "EMPLOYEE" means a full-time, permanent employee who has completed his probationary period.

2-1

10. "FULL TIME POSITION" means a position requiring the observance of normal working hours on a year-round basis.

11. "LAYOFF" means the temporary separation of an employee from the service by reason of lack of work or funds.

12. "OPEN COMPETITIVE TEST" means a test open to all qualified persons including permanent City employees.

13. "PART TIME POSITION" means a position involving sub-normal working hours such as a few hours a day or days a week on a regular recurring basis and paid on a proportional basis at one of the weekly rates established for full-time employment.

14. "PERMANENT EMPLOYEE" means an employee who has been regularly and legally appointed to a position in the classified service after satisfactorily completing his working test period in accordance with the Charter.

15. "PERMANENT POSITION" means a regularly established position in the classified service in which the duties are of such a nature that it can be reasonably assumed that the position will continue indefinitely.

16. "POSITION" means a related group of duties within an organization unit assigned to an employee.

17. "PROBATIONARY PERIOD" means a working test period during which an employee is required to demonstrate his fitness to perform the duties of the class of position to which he is appointed by actual performance of those duties.

18. "PROMOTION" means advancing an employee from a position in one class to a position in another class having a higher maximum salary range.

19. "PROMOTION TEST" means a test to determine which employees in a particular class merit advancement to a higher class, admission to the test being limited to regular employees in the classified service who possess the required qualifications.

20. "PUBLIC HEARING" means a hearing after public notice at which any person may have a reasonable opportunity to be heard.

21. "SEASONAL POSITION" means a position requiring the observance of normal working hours but which is filled only during certain months or seasons of the year.

22. "SUSPENSION" means the temporary separation of an employee from the service for disciplinary reasons and for a definite period specified in writing.

23. "TEMPORARY EMPLOYEE" means any employee appointed to a temporary position or temporarily appointed to fill a regular position.

24. "TEMPORARY POSITION" means a regularly established position in the classified service created for a designated period of time not to exceed three months.

2-2

25. "TRANSFER" means a change of an employee from one position to another position in the same class or another class having the same minimum and maximum salary limits, involving the performance of similar duties and requiring substantially the same basic qualifications.

26. "HOURLY BASIS POSITION" means a position regularly involving other than the standard hours of work on either a daily, weekly, or seasonal basis and paid an hourly rate of pay which should be comparable to but not necessarily equal to the standard weekly salary rate established for regular full-time positions.

27. "EXEMPT EMPLOYEE" means any employee not subject to the provisions of the Connecticut Minimum Wage Act and related regulations as provided by the Connecticut General Statutes.

28. "NON-EXEMPT EMPLOYEE" means any employee subject to the provisions of the Connecticut Minimum Wage Act and related regulations as provided by the Connecticut General Statutes.

RULE III

THE CLASSIFICATION PLAN

1.  Preparation of Plan.  The Director of Personnel shall ascertain the duties, authority, and responsibilities of all positions in the classified service.  After consultation with the appointing authorities, he shall prepare and recommend to the Personnel Board a position classification plan which shall group all positions in the classified service in classes, based on their duties, authority, and responsibilities.  The position classification plan shall set forth, for each class of position, the official class title, a statement of duties, authority and responsibilities included in the class, the qualifications that are necessary or desirable for the satisfactory performance of the duties of the class and the normal or usual line of promotion.

2.  Adoption of Plan.  The Personnel Board shall hold a public hearing on the proposed classification plan after giving at least five days prior notice by one publication of the time, place and purpose of such hearing in at least one newspaper in general circulation.  After hearing such suggestions and recommendations as appointing authorities, supervisors, employees, and other interested persons may present, the Personnel Board shall review this information and shall adopt the classification plan with such modifications as it believes proper.  Such plan when so adopted shall take effect upon approval of appropriate salary ranges by the Court of Common Council.

3.  Original Allocation of Positions.  As promptly as practicable and within not more than one month after the adoption of the classification plan, and after consultation with appointing authorities, the Director of Personnel shall allocate each position in the classified service to the appropriate class therein on the basis of its duties, authority, and responsibilities.

4.  Interpretation of Class Specifications.  The Director of Personnel shall prepare specifications for each class of position.  Specifications will be interpreted in their entirety and in relation to others in the classification plan.  Particular phrases or examples shall not be isolated and treated as full definitions of a class.  Specifications shall be deemed only as descriptive and explanatory of the kind of work required in positions in the several classes but not necessarily inclusive of all duties to be performed.

5.  Administration of Plan.  Revisions to class specifications and reallocations within the approved classification plan will be made in the following manner:

A.  The Director of Personnel shall study the duties and responsibilities of each new position as it is created, and on the basis of this study allocate the position to a class appropriate to the duties performed.

B.  Whenever a new position is created or a change is made in the duties and responsibilities of an existing position involving either the addition of new duties or the taking away or modification of existing ones, such changes will be immediately reported to the Director of Personnel who will investigate and if they are to be permanent and call for re-allocation he will place the position in the appropriate class.

C.  When an employee is transferred permanently to another position, the Director of Personnel shall re-examine the duties of such position to determine if the position is still properly classified and, if necessary, re-allocate the position to a different class.

D.  The classification plan may be revised as conditions require. Such revision may consist of combining, abolishing or creating new classes and any such action shall be effective when recommended by the City Manager and approved by the Personnel Board.

E.  The Personnel Director shall periodically review each classification and recommend to the Personnel Board the necessary action to correct inequities.  An employee may request a review of his position at any time provided no review has been made of his position during the previous 12 months.  The Personnel Department will acknowledge receipt of such requests and will study them within six months unless other urgent work makes it necessary to defer the study.  The employee shall submit his request for review of the allocation of his position on a form prescribed by the Personnel Department; the form shall be submitted on to his department head who shall review the request, state his recommendation on the standard personnel requisition form, attach this to the employee's written request, and forward the material to the Personnel Department within two weeks.  If the request sets forth sound reasons for review, the Director of Personnel shall cause the position to be re-examined as to duties and responsibilities and advise the employee and the department head in writing of the action taken.  In the event that a change is found warranted and funds are available in the budget, such change shall take effect immediately.  Should the creation of a new class be required with an additional salary range and no funds are available in the budget, then such approval shall not be effective until the beginning of the next succeeding fiscal year.

F.  Any appeal from the decision of the Director of Personnel concerning allocation or re-allocation of positions to classes shall be made on prescribed form to the Personnel Board within three working days from the date of notice of such decision and a hearing requested to be held in the same manner as provided in the rule governing demotion, suspension and dismissal.

6.  <u>Effect of Re-allocation of Positions</u>.  A regular employee who is occupying a position re-allocated to a different class shall continue in the position only if he is eligible for, and is actually appointed to, the position in accordance with the rules governing promotion, transfer, or demotion.  Any regular employee whose position is re-allocated may compete in any test held to fill the re-allocated position.

When, after written request of the employee and recommendation of the department head, it appears that an employee through his own initiative and intelligent application develops a position warranting a new or different class, the Director of Personnel shall, after investigation, make recommendation based on his findings to the Personnel Board which shall direct that the incumbent either be given status in such new class without promotional examination or that the best interests of the service will be served by conducting a competitive promotional examination for the position.

3-2

7. <u>Use of Class Titles.</u>  Following the adoption of the classification plan and the allocation to classes therein of positions in the classified service, the class titles set forth therein shall be the official titles designating the several classes and shall be used to designate such positions in all official records, vouchers, payrolls, and communications concerning personnel.  No person shall be appointed to, or employed in, a position under a class title which has not been recommended by the City Manager and approved by the Personnel Board as appropriate to the duties performed.

3-3

## RULE IV

## THE PAY PLAN

1. _Preparation._  The Director of Personnel shall be responsible for the development of a uniform and equitable pay plan which shall consist of minimum and maximum rates of pay for each class of position and such intermediate rates as he considers necessary or equitable.  Salary ranges shall be linked directly to the position classification plan, and shall be determined with due regard to ranges of pay for other classes, requisite qualifications, prevailing rates of pay for comparable work in other public and private employment in the area, cost of living factors, suggestions of department heads, maintenance or other benefits received by employees, the financial policy of the City, and other economic considerations.

2. _Adoption._  The proposed pay plan shall be submitted by the Director of Personnel through the City Manager to the City Council for adoption.  After adoption or recodification by the Council, except as elsewhere provided in these rules, no position shall be assigned a salary higher than the maximum or lower than the minimum salary provided for the class of position unless the salary schedule for the class is amended.  Whenever practicable, notice of intent to amend shall be posted on the bulletin board of the Personnel Department.

3. _Initial Effect._  On the effective date of the plan, each employee then in the service shall be adjusted to the new hiring rate or to the appropriate growth increment depending upon his length of service in the class, on the assumption that the employee in the service has demonstrated the normal growth expected, provided, that a department head may recommend and with the concurrence of the Personnel Director, the City Manager may approve withholding one or more of the growth increments on the grounds the employee has not, in fact, demonstrated such normal growth and provided further that if the present rate of the employee exceeds the rate for which he would qualify under the new plan, such excess rate shall be continued in effect as though it were an added authorized rate until the employee vacates the position or a subsequent general increase brings him within the regular plan.

No new or adjusted salary rates shall be set at other than one of the prescribed base rates or steps of the salary range.

4. _Amendments._  Amendments to the pay plan will be recommended by the City Manager to the City Council when changes in responsibilities or work of classes, living costs, recruiting experience of the Personnel Department, prevailing rates of pay, the City's financial condition and policies, or other pertinent conditions warrant such action.

5. _Administration._  _A.  Appointment Rate._  The hiring rate of pay for initial employment shall normally be paid upon appointment to the class. Appointment rates above the hiring rate may be paid if the appointing authority submits to the Director of Personnel a written request and proof that a prospective employee is entitled to a higher rate.  Justification for approval will be limited to recognition of extraordinary qualifications of

4-1

an eligible or lack of available eligibles at the hiring rate. If a former employee is re-employed in a class comparable to the one in which he is previously employed, the appointing authority may, with the approval of the Director of Personnel, make an appointment at the growth rate of pay which the employee had been receiving at the termination of his service. In the event that a new employee is appointed at a higher rate because of a lack of available eligibles, the pay of present incumbents of the class shall be advanced so that no present employee is receiving a rate of pay less than that of the new appointee.

B. Pay Increases. Salary increments recognizing normal growth within established ranges shall be as provided for in the pay plan during the month on which the anniversary date of appointment of the employee to the class occurred. Employees appointed on or before the 15th of the month and who have displayed normal growth shall be paid approved growth increments effective on the first of that month. Employees appointed after the 15th of the month and who have displayed normal growth shall receive the approved growth increment on the first of the succeeding month. Employees shall be granted growth increments unless the department head certifies that the employee has not demonstrated the growth normally expected for the class. Such recommendations shall be based upon standards of performance as indicated by service ratings or other pertinent data. Growth increments shall not be more often than provided for by the growth frequency.

Increments for exceptional service shall be paid on recommendation of the department head supported by a convincing showing in writing of exceptional service as related to specific criteria to be recommended by each department applicable to its own work and approved by the Personnel Director. Recommendations of the department head for exceptional service awards must be approved by the Director of Personnel and the City Manager.

The increments shall be granted by awarding an amount of five or ten percent of the employee's base rate which may be authorized for periods of three, six, nine or twelve months and will automatically terminate on the expiration of the authorized time unless renewed by the same procedure as is required for original approval.

Where promotion results in inequities in pay, such inequities shall be adjusted by the Director of Personnel when brought to his attention.

C. Total Remuneration. Any salary rate established for an employee shall represent the total remuneration for the employee, not including reimbursement for official travel. Except as otherwise provided in these rules, no employee shall receive pay from the City in addition to the salary authorized under the schedules provided in the pay plan for services rendered by him either in the discharge of his ordinary duties or any additional duties which may be imposed upon him or which he may undertake or volunteer to perform. No reward, gift, or other form of remuneration in addition to regular compensation shall be received from any source by employees for the performance of their duties. If a reward, gift, or other form of remuneration is made available to any employee, it shall be credited to a designated employee's fund.

4-2

D. **Subsistence Allowances**. Subsistence or maintenance allowances received in lieu of cash shall be considered as part of the total salary. Whenever subsistence is allowed in lieu of cash, a schedule of such charges together with a statement of the policy and regulations to be followed in making the charges shall be established by the Director of Personnel. Such schedules shall be reviewed at least once each year and oftener if necessary to keep them in proper relation to local living costs and fluctuation in the cost of living.

E. **Pay for Part-Time Work**. Employees working less than a regular work week shall be paid the equivalent hourly rate of pay established for the class. The payment of a separate salary from two or more departments for duties performed in each is permissible provided: (1) The employee may not be paid twice for the same hours of work; (2) the employee may not hold two full-time jobs in the classified service; and (3) Any non-exempt employee, regardless of the number of departments in which he works, must be paid time and one-half for all hours worked in excess of 40 hours in a week.

F. **Pay Rates in Transfer, Promotion, or Assignment**. Employees transferred from one position to another position in the same or different department shall retain the same rate of pay.

Employees promoted or assigned to a position in a higher class shall receive an increase in pay of at least one full growth step unless the maximum salary of the higher class is less than a full growth step above the employee's present salary. In such case the employee's salary shall be raised to the maximum.

In the case of assignments to a higher class, employees will receive the higher rate if the assignment is for one week or more, or for a total period of 40 hours or more (or 35 hours for employees on a 35-hour week) if required on a regular basis, and the payment will be retroactive to the beginning of such period.

Such payment will not be made: (1) When it is the normal responsibility of an employee to act for or perform the functions of an employee in another class because of absence (for examples, when the class specification so provides, or when as assistant normally acts for a higher level supervisor); (2) When it is not practical or possible for an employee to perform the full job of a higher class for a brief, temporary period of time; (3) For uniformed and investigatory fire and police classes.

These requirements will normally exclude assignments outside of certified bargaining units, since such assignments involve substantial technical, professional or supervisory skills which cannot normally be fully exercised on short-term assignments.

When assignments are excluded by the above requirements, employees may be given temporary appointments to the higher class when the assignment exceeds three weeks and when the full job can be performed by an employee serving in a temporary capacity.

Employees shall not be rotated on assignments for the purpose of avoiding payments at the higher rates.

4-3

For purposes of this rule, assignment to a higher class means that an employee has been assigned to a class with a higher pay grade either because of the absence of an employee who is classified in the higher class or because operating requirements present the need for such duties to be performed for a period of time. An employee will not be assigned to a higher class unless he is qualified to perform the duties of the higher class; provided, however, that this is not intended to preclude training assignments.

G. <u>Pay Rates in Demotion</u>. Employees demoted in salary shall be reduced one growth step in the salary range of the class.

An employee demoted from one class to another shall be reduced in salary by an amount equivalent to at least one full growth step in the range from which he has been demoted, except as provided below:

(1) <u>Voluntary Demotions</u>: If the employee's salary is higher than the maximum of the class, he shall be placed at the maximum salary for the class to which he is demoted. If his salary is less than the maximum for the class, he shall be placed at the step nearest to his present rate, whether higher or lower.

(2) <u>Demotions for Physical or Mental Reasons</u>: Any employee may be demoted for physical or mental reasons to a lower classification without loss of pay; such action may be initiated by the department head if he certifies that such employee is physically or mentally incapable of performing his current duties. Such demotion without loss of pay becomes effective only after approval by the Director of Personnel.

When an employee retains a rate above the maximum for the class to which he was demoted, he shall not receive any further increases until the maximum for the lower class exceeds his retained rate.

H. <u>Overtime</u>. (1) <u>Authorization</u>: An employee shall be compensated for overtime only when the overtime work is properly authorized by the department head.

All non-exempt employees must be paid in cash for overtime work that is properly authorized and that exceeds the normal work week. Such employees may not be allowed to work voluntary overtime unless such overtime is properly authorized and paid in cash.

When exempt employees are entitled to overtime compensation, the department head, at his own discretion, may authorize payment in cash or time off; provided, however, that when any regular full time exempt employee desires to accumulate compensatory time off rather than be paid for overtime work, the employee may request his department head or grant him an amount compensatory time off equivalent to the amount of overtime worked in lieu of payment for such overtime. Such request shall be granted.

Department shall keep records of compensatory time earned and used. Compensatory time shall not accumulate in any case to more than ten working days. Such time off shall be scheduled at a time mutually agreeable to the employee and the supervisor.

4-4

Compensatory time off granted in accordance with Rule X, Section 11, shall be granted both to exempt and non-exempt employees, since such time is not covered by the Connecticut Minimum Wage Act and related regulations.

Overtime shall not be paid to Firefighters unless they have worked more than the regularly scheduled hours averaging forty-two hours per week. Where off duty Firefighters are detailed to work with or in place of Police Officers, they shall be paid for such overtime at a rate based on forty hours.

Nothing in these rules shall be construed as providing overtime payments for officers and men of the regular fire fighting forces for standby or fire duty; for extra time required to report for roll call; for employees residing in City owned properties at a reduced rental to protect and guard public property by reason of extra time required to perform these duties; or for any employee who works on a flexible schedule as provided below; and no appearance by a Firefighter or Police Officer as a witness that is compensable under Public Act 889 of the 1967 Session of the General Assembly shall be compensable by the City.

(2)  Payment:  Overtime in excess of the regular work day or work week shall be compensated once on a straight time hourly basis except as otherwise provided in accordance with these rules:

(a)  Non-unit, non-exempt employees shall receive time and one-half for all hours exceeding 40 hours in a week and double time for all work on holidays established in these rules.

(b)  Non-unit, exempt employees in the following series shall be paid an additional 5% of the base rate of the class on a continuing basis as "additional compensation in lieu of overtime pay" and shall work a flexible schedule in accordance with the provisions of paragraph (3) below: Professional; Engineering and Architectural at the level of Civil Engineer I and above; Recreation and Related; Nursing and Medical; Food Service; and Public Safety Series at the level of Line Foreman and above:

(c)  Non-unit exempt employees in the following series shall be paid an additional 5% of the base rate of the class on a continuing basis as "additional compensation in lieu of premium overtime pay" and shall receive straight time for all overtime, except that such employees shall receive double time for all work on holiday authorized under these rules:

Engineering and architectural, below the level of Civil Engineer I; Inspectional; Custodial and Related; Equipment Operations; and Skilled Trades; provided, however, that principal supervisors in the Equipment Operations Series and the Skilled Trades Series shall be compensated as provided in subparagraph (d) below.

In addition, non-unit exempt employees in the Public Safety Series classified as Crime Laboratory Technician shall be paid an additional 5% of the base rate of the class on a continuing basis as "additional compensation in lieu of premium overtime pay" and shall receive straight time for all overtime.

4-5

(d) Principal supervisors in the Equipment Operations Series and in the Skilled Trades Series shall be paid an additional 5 percent of the base rate of the class on a continuing basis as "additional compensation in lieu of overtime pay" and shall work a flexible schedule in accordance with the provisions of paragraph (3) below; provided, however, that any such employees required to work overtime under the following conditions may elect to be compensated at straight time for such overtime and double time when such overtime is worked on holidays authorized under these rules: (1) when required to work overtime on snow and ice operations; and (2) When required to work overtime to supervise a full-staff operation on a holiday; or on a week-end following a holiday; or on a week-end following a severe snow or other severe weather conditions.

The term "principal supervisors" includes employees in the Skilled Trades Series classified as Building Maintenance Supervisor, Superintendent of City Buildings, Master Mechanic and Equipment Superintendent; employees in the Equipment Operations Series classified as Street Cleaning Supervisor, Incinerator Superintendent, Park Maintenance Supervisor, Sanitation Supervisor, Records and Services Supervisor, and General Foreman, Streets; and any other employees who may hold positions with maximum salary rates equal to or higher than any of the above classes in their respective series.

(e) The Director of Personnel with approval of the City Manager may authorize overtime at straight time or premium rates for any part of the overtime required in specific classes or positions based on evidence that a substantial inequity exists.

(3) Flexible Schedule: Department heads and assistant department heads work on a flexible schedule as do other employees so designated in paragraph (2) above. Such officers and employees are responsible for fulfilling the duties of their positions regardless of the hours of work or the schedule of hours that may be necessary. Any time in excess of the normal hours in a day or week is not compensated nor credited in any manner except as provided in paragraph (2). Similarly, any time less than the normal hours in a day or week is not charged nor debited in any manner; provided, however, that it is the responsibility of the appointing authority to assure that such personnel work at least the normal hours, on the average, for their departments, and provided further that any absence from duty exceeding one week will be charged in accordance with Rule X, unless otherwise approved in writing by the City Manager.

The requirement of working on a flexible schedule shall be a favorable factor in approving discretionary benefits provided elsewhere in these rules, such as advancing sick leave, scheduling and using vacation in units of less than one week, approving training and tuition reimbursement, and in approving increments for exceptional service.

Employees who have previous compensatory time to their credit when they are placed on a flexible schedule shall have three years in which to use the credited compensatory time. At the end of three years, any remaining compensatory time balance shall be forfeited. Any such employee who terminates before the end of three years shall be paid for a maximum of ten working days of compensatory time remaining to his credit.

4-6

Non-Union Exempt employees shall work on a flexible schedule between the hours of 8:00 A.M. and 6:00 P.M. with the approval of the department head. Such employees are responsible for fulfilling the duties of their positions regardless of the hours of work or the schedule of hours that may be necessary. Often this requires work outside the hours of 8:00 A.M. to 6:00 P.M. Any time in excess of the normal hours in a day or week is not compensated nor credited in any manner except any such employee may, with the approval of the department head, be credited with not more than ten compensatory days per year for work in excess of the normal hours in a day or week and such compensatory time shall not accumulate in any case to more than ten working days. Any time less than the normal hours in a day or week shall not be charged or debited in any manner; provided, however, it shall be the responsibility of the department head to assure that such personnel work at least the normal hours, on the average, for their department. Such compensatory time may be used in lieu of or in connection with regular vacation time and shall be scheduled at a time mutually agreeable to the employee and the supervisor. Non-Union Exempt employees will be allowed to accumulate up to ten (10) compensatory days for the period between July 1, 1986 and June 30, 1987 and ten (10) compensatory days between July 1 and June 30 thereafter but no more than ten (10) days may be accumulated at a time.

Any such compensatory days accumulated will not be payable to an employee upon separation from City service.

(4) New Classes: It is the intent of this rule that when any new class is created and when the relative salary level of any existing class is changed, the overtime provisions shall be applied in an equitable manner to any such class in accordance with the above provisions.

The Director of Personnel shall make a continuing review of the operations of these overtime provisions and the existing pay plan and class relationships to determine whether inequities exist and shall make appropriate recommendations to correct any such inequities. Such recommendations may include changes in basic salary levels, revisions of the rules on overtime compensation, changes to include or exclude any classes or positions under the flexible schedule provisions of paragraph (3) above, and any other appropriate recommendations.

I. Application of Amended Plan. When the pay plan changes are adopted by the Court of Common Council, employees in the affected classes shall be adjusted as follows:

(1.) For increases of less than 5 percent, employees shall be advanced to the same step in the new pay range.

(2.) For increases of 5 percent or more, but less that 10 percent:

(a) If the present salary rate is below the minimum of the new range, they shall be brought to the minimum; and if such increase is less than a full increment, they shall receive an additional increment.

(b) If the present salary rate is on a regular step in the amended range, they shall be brought to the next step.

4-7

(c)  If the present salary rate is not on a regular step, they shall be brought to the next higher step in the amended range and if not at the maximum at that point, they shall be brought to the next step.

(d)  If the present salary rate is above the maximum of the amended range, there will be no change.

(3.)  For increases of 10 percent or more, the first portion of the increase will be made as provided above. The second portion of the increase will be deferred for a period of time equal to one-half the length of the growth frequency period, but in no case for less than three months.

(4.)  All increases and growth increments will be made effective at the beginning of the week immediately following the date(s) provided in this rule.

(5.)  A department head may withhold one step of any such increase when, in his judgement, the employee's performance within the classification and work habits fall short of reasonable standards for the position.

a.  The department head shall file a written statement of his reasons for such action with the Personnel Director.

b.  Except for probationary employees, such action shall require the approval of the Personnel Director and the City Manager and shall be subject to the grievance procedure.

J.  Retroactive Pay.  In cases where positions are upgraded as a result of a general study of all positions in the classified service, employees filling these positions at the time such study was begun and who have served continuously in the upgraded positions through the effective date of such upgradings, may be granted the pay of such upgraded positions retroactive to said effective date; provided such employees become eligible for permanent appointment to said positions in accordance with the rules governing promotions.

K.  Meal Allowance.  Employees engaged in snow and ice activities on an overtime basis shall receive a meal allowance on the following basis:

(1)  If an employee works more than one hour before his regular shift, he shall receive a meal allowance of $2.00. He shall also receive an additional meal allowance of $2.00 for each additional period of four hours before his regular shift, but in no event shall he receive two meal allowances for the first two periods if he works less than eight hours overtime.

(2)  If an employee works more than two hours beyond his regular shift, he shall receive a meal allowance of $2.50. He shall also receive an additional allowance of $2.50 for each additional period of four hours after his regular shift, but in no event shall he receive two meal allowances for the first two periods if he works less than eight hours overtime.

L. <u>College Incentive Pay</u>. Effective July 1, 1980 all superior officers of the Police Department holding the rank of Captain who have accumulated, as of June 30, 1980, 60 credits but less than 120 credits from accredited colleges or universities shall receive 2 1/2% of the base rate of their salary range on a continuing basis. All Police Captains who have accumulated as of June 30, 1980, at least 120 credits from accredited colleges or universities shall receive 5% of the base rate of their salary range on a continuing basis.

Police Captains who qualify for the college incentive pay shall submit official transcripts to the Office of the Police Chief for approval and processing of pay.

Police Captains who earn sufficient credits after July 1, 1980 to qualify for the college incentive pay shall submit official transcripts to the Office of the Police Chief and the college incentive pay shall be effective the pay period immediately following the submission and approval of such transcripts.

Effective July 1, 1984 all superior officers of the Police Department holding the rank of Deputy Chief and Assistant Chief, and all Assistant Fire Chiefs, who have accumulated, as of June 30, 1984, 60 credits but less than 120 credits from accredited colleges or universities shall receive 2 1/2% of the base rate of their salary range on a continuing basis. All Deputy and Assistant Police Chiefs and Assistant Fire Chiefs who have accumulated as of June 30, 1984, at least 120 credits from accredited colleges or universities shall receive 5% of the base rate of their salary range on a continuing basis.

Police Deputy and Assistant Chiefs and Assistant Fire Chiefs who qualify for the college incentive pay shall submit official transcripts to the Office of the Police Chief and Fire Chief, respectively, for approval and processing of pay.

Police Deputy and Assistant Chiefs and Assistant Fire Chiefs who earn sufficient credits after July 1, 1984 to qualify for the college incentive pay shall submit official transcripts to the Office of the Police Chief and Fire Chief, respectively, and the college incentive pay shall be effective the pay period immediately following the submission and approval of such transcripts.

6. <u>Certification of Payrolls</u>. No disbursing officer shall make or approve or take any part in the making or approving any payment for personal services to any person holding positions subject hereto unless the payroll voucher or account of such pay bears the certification of the Personnel Director or his authorized agent that the persons named therein have been appointed and are employed in accordance with the provisions of the Charter and these rules.

4-9

RULE V

APPLICATIONS AND APPLICANTS

1. <u>Announcement</u>. All examinations for positions in the classified service shall be published by posting announcements in the Personnel Office, on official bulletin boards, and in such other places as the Director of Personnel deems advisable including advertising positions to be filled by open competitive examinations in a newspaper in general circulation in the Hartford area. The announcements shall specify the title and salary range of the class for which the examination is announced; the nature of the work to be performed; the qualifications desirable for the performance of the work of the class; the time, place and manner of making application; the closing date for receiving applications; and other pertinent information.

2. <u>Application Forms</u>. Applications shall be made on forms provided by the Director of Personnel. Such forms shall require information covering training, experience, references, and other pertinent information, and may include certificates of one or more examining physicians, and fingerprinting. Each application must be signed by the person applying.

3. <u>Disqualification</u>. The Director of Personnel shall reject any application which indicates on its face that the applicant does not possess the minimum qualifications required for the position or who fails to file by the announced closing date for receiving applications unless prior to such date an extension has been publicly announced. Applications also shall be rejected if the applicant is physically unfit for the performance of duties of the position to which he seeks appointment; is addicted to the habitual excessive use of drugs or intoxicating liquor; has made any false statement of any material fact, or practiced, or attempted to practice any deception or fraud in his application. Applications may be rejected if the applicant has been convicted of a crime or is guilty of any disgraceful conduct. Whenever an application is rejected, notice of such rejection with statement of reason shall be mailed to the applicant by the Director of Personnel.

5-1

RULE VI

## EXAMINATIONS

1. **Competitive Examinations**.  All appointments and promotions in the classified service of the City shall be made according to merit and fitness to be ascertained so far as practicable by competitive examination. Examinations shall relate to those matters which will test fairly the capacity and fitness of the candidates to discharge efficiently the duties of the classes for which the examinations are held.  Examinations may be assembled or unassembled and may include written, oral, physical, or performance tests or any combination of these.  They may take into consideration reasonable factors such as education, experience, aptitude, knowledge, character, physical fitness, or any other qualifications which in the judgement of the Director of Personnel enter into the determination of the relative fitness of applicants.  In order to avoid the possibility of discrimination, the identity of applicants will be concealed in all examinations.  The Director of Personnel may require applicants to submit proof of their age, educational qualifications, and military service at the time of the examination and will keep a record of this information.

Tests for original appointment in the classified service shall be open competitive tests which shall be open to all applicants who meet the reasonable standards or requirements fixed by the Director of Personnel with regard to residence, experience, character, age, education, physical condition, and such other factors as may be held to be related to the ability of the candidate to perform with reasonable efficiency the duties of the position.  Advancement within the service shall be through promotional tests which shall be open to all permanent employees who meet the necessary requirements and who are serving in a appropriate class as determined by the Director of Personnel.  Promotional examinations may be limited to single department or a sub-division thereof.

While vacancies in higher positions shall, as far as practicable, be filled by promotion from lower positions, the Personnel Board, on recommendation of the Director of Personnel, may direct that such positions shall be filled by competitive tests open not only to members of the classified service but also all other qualified persons.

2.  **Special Examination Procedure**.  For positions involving skilled, semi-skilled or unskilled labor or domestic, attendant, custodial, or trainee work, when the character or place of work makes it impracticable to supply the needs of the service by appointments made in accordance with the procedures prescribed in other provisions of the Charter, the Director of Personnel may adopt or authorize the use of such other procedures and residence requirements as he determines to be appropriate in order to meet the needs of the service, while assuring the selection of such employees on the basis of merit and fitness.

3.  **Method of Rating**.  Sound measurement techniques and procedures shall be used in rating the results of tests and determining the relative ranking of the candidates.  In all examinations the minimum rating by which eligibility may be achieved shall be established by the Director of Personnel.  Such minimum rating shall also apply to the ratings of any part of the test.  Candidates shall be required to attain at least a minimum rating on each part of the test in order to receive a passing grade or to be rated on the remaining parts of the test.  The final earned rating of the competitor shall be determined by averaging the earned rating on each part of the examination in accordance with the weights established for each part prior to the date of the examination.

4. <u>Rating Training and Experience</u>. Where a rating of experience and training forms a part of the examination, the Director of Personnel shall develop such procedures for the evaluation of these factors as will serve to assist in the selection of the best qualified candidates. These procedures shall give due regard to the quality, recency and the amount of experience and to the pertinency and amount of training. The Director of Personnel may verify statements contained in the application of an applicant and secure further information concerning his character and fitness. If, after a list is established, information which materially affects the rating of experience and training, character, or fitness of the applicant is discovered, the Director of Personnel shall make a new rating of the applicant's examination and make the necessary adjustments in the lists.

5. <u>Veteran's Preference</u>.

A. In any examination for initial employment, an honorably discharged veteran who has served in time of war shall have ten points added to his passing grade if said veteran is currently eligible for at least a ten percent disability compensation or pension through the Veteran's Administration or five points if not so eligible.

B. An employee whose City employment was interrupted by wartime service and received an honorable discharge therefrom, shall have ten points added to his passing grade if currently eligible for at least a ten percent disability compensation or pension through the Veteran's Administration or five points if not so eligible.

This preference is available only in one examination and once it is availed of by having the credit points added to a passing score, no further preference can be accorded.

C. Regardless of the above provisions, a City employee who has previously used his preference points shall be entitled to use such preference when he competes in open examination in which an applicant from outside the City service uses preference points. The purpose of this provision is to assure that City employees are not placed at a disadvantage in competing with other applicants.

Proof of eligibility for veteran's preference shall be provided by veterans in the form of their discharge papers, a certified copy, photostat copy, or other satisfactory evidence of honorable service. Disabled veterans additionally shall submit on such form as may be required by the Director of Personnel, proof of disability certified by the appropriate federal agency responsible for the administration of veterans' affairs.

6. <u>Notification of Examination Results</u>. Each person who takes an examination shall be given written notice as to whether he passed or failed in such examination and of his relative standing on the list or of his failure to attain a place on the list. Each person in an examination shall be entitled to inspect his rating and examination papers, but examination papers shall not be open to the general public. Such inspection shall be permitted only during regular business hours at the office of the Department of Personnel and under such conditions as the Director of Personnel may prescribe.

7.  Examination for positions duly approved and authorized shall be held as promptly as possible consistent with action of the official bodies concerned and insofar as practicable within three months after authorization.

8.  <u>Preference System for Hartford Residents</u>.

In any open competitive examination for an entry level classification, a Hartford Resident shall have ten percent added to their passing grade.

An entry level classification is one for which there exists no lower level classification where an employee could normally gain the necessary experience and training to qualify for promotion to that classification.

Proof of eligibility for Hartford Resident preference shall be provided by the applicant in a manner prescribed by the Director of Personnel.

RULE VIII

## METHOD OF FILLING VACANCIES

1. <u>Permanent and Temporary Full-Time, Part-Time and Seasonal Positions</u>. Each position in the classified service shall be designated as either permanent or temporary and as either full-time, part-time or seasonal as defined in these rules. Such designation shall be used in all official requisitions or other communications concerning employment, promotion, demotion, transfer, suspension, layoff or dismissal addressed to the Department of Personnel. No employee shall be permanently appointed to a temporary position. Permanent employees may be assigned to temporary positions where such assignment involves neither a promotion nor a demotion. In all cases other than assignment the provisions of these rules governing examinations and certifications shall apply. Any permanent employee so assigned shall return to his former position when the term of the temporary position expires. The name of any employee appointed to a temporary position from a list of eligibles shall be returned to the appropriate employment list when the position is discontinued. No temporary employee appointed to a temporary position shall be exempted from any of the provisions of Section 5 of this rule.

2. <u>Requisition</u>. When a vacancy occurs, the department head will submit on a personnel requisition form prescribed by the Director of Personnel the pertinent facts relative to the duties, responsibilities, and qualification requirements of the position which is to be filled. If a list of eligibles is available, certification will be made in the manner herein prescribed.

3. <u>Transfers</u>. Employees wishing to be transferred to a position in the same class in another department shall so notify the Director of Personnel in writing who shall maintain lists of such employees. The regular procedure for transfer of such employees will be as follows:

The Director of Personnel will notify the head of the department where the vacancy exists by forwarding a list of names of employees who appear on the appropriate transfer list. The department head will interview the employees referred to him and if he finds one or more satisfactory to him, he will make the appointment and notify in writing the employee and the Director of Personnel. If the employees so referred are rejected by the department head or if no employees are available for transfer, the Director of Personnel will proceed to fill the vacancy according to the regular certification procedure. No person shall be transferred to a position for which he does not possess the minimum qualifications.

When requested in accordance with the above paragraphs, the Director of Personnel may also authorize the transfer of an employee from one class to another in the same salary range when the duties, responsibilities and minimum qualifications are equivalent.

4. <u>Certification of Eligibles</u>. In the filling of all vacancies, with the exception of transfers, the names certified to the department head shall be those of the three persons standing highest on the appropriate list. If there is more than one vacancy, the Director of Personnel will certify two names more than the number of existing vacancies. The following employment lists shall be used by the Director of Personnel in the order indicated:

8-1

(a) re-employment lists;  (b) promotion lists;  (c) open competitive list.

If special requirements of sex, domicile, or the possession of special skills are specified by the appointing authority in a requisition and the Director of Personnel, after investigation, determines that the facts and reasons specified are in fact conclusive as to the need for the special requirements for effective performance of the duties of the position, certification may be limited to persons on the appropriate list who meet such requirements. If there are not sufficient names on any list or combination of lists as provided in this rule to certify the number of names specified herein, the Director of Personnel shall require appointment from the available eligibles unless the appointing authority shall give in writing valid reasons why such eligibles should not be appointed.

5. __Appointment.__  After interview and investigation, the appointing authority shall make appointments from among those certified, and shall immediately notify the Director of Personnel of the person or persons appointed as well as the appointees involved.

6. __Temporary Appointments to Temporary or Permanent Positions.__  When a temporary or permanent position as defined in these rules is established and cannot be filled by the assignment of a regular employee or from an existing employment list, the Director of Personnel may authorize the appointment of a temporary employee. Such temporary employee shall not be considered eligible for any of the benefits provided for in these rules for other employees in the classified service. Appointments to temporary positions will expire automatically at the end of three months and shall not be subjected to renewal.

RULE IX
PROBATIONARY PERIOD

1. Objective. The probationary or working test period shall be regarded as an integral part of the examination process and shall be utilized by supervisors and department heads for closely observing the employee's work, for securing the most effective adjustment of a new employee to his position, and for rejecting any employee whose performance does not meet the required work standards.

2. Duration. Every person certified and appointed to a regular position on or subsequent to January 1, 1948 shall be required to complete successfully a working test during a probationary period which shall be of sufficient length to enable to appointing authority to observe the employee's ability to perform the various principal duties pertaining to the position.

The working test shall begin immediately upon regular appointment from all open, promotional, re-employment and transfer lists and shall continue for not less than three months nor more than twelve months. An appointing authority may at any time after the minimum probationary period has been served and before the maximum has been reached, notify the Director of Personnel in writing on a form provided that he is satisfied with the employee's performance and that the probationary period should end.

3. Evaluation of Performance. At the end of the second month of employment during the probationary period and at intervals of two months thereafter for the duration of the probationary period, a probationary report form shall be prepared by the supervisor, reviewed by the department head, and forwarded to the Director of Personnel. Such reports shall give an accurate and fair appraisal of the employee's work, his willingness and ability to perform his duties satisfactorily and observations concerning his habits and dependability.

On the first working day of each month, the Personnel Department shall notify each department head of the employees whose working test period expires between the 15th of that month and the 15th of the following month. At least two weeks prior to the expiration of the maximum probationary period, the appointing authority shall notify the Director of Personnel in writing whether the services of the employee have been satisfactory and whether he will continue the employee in his position. A copy of such notice shall be given to the employee. If the employee is not to be made permanent, he will be given two weeks' notice which will, if necessary, continue beyond the end of the probationary period.

4. Dismissal. At any time during the probationary period, the appointing authority may recommend in writing to the Director of Personnel the removal of an employee, if in his opinion the working test indicates that such employee is unable or unwilling to perform the duties of the position satisfactorily or that his habits and dependability do not merit his continuance in the service. Such recommendation of the appointing authority and the reasons therefore, shall be in writing to the Director of Personnel with a copy to the employee. No employee shall be removed from a position during his probationary period without the approval of the Director of Personnel. An employee who is found to have been appointed through fraud or error shall be removed within 10 days of notification to this effect by the Director of Personnel to the appointing authority.

9-1

5. <u>Restoration of Dismissed Employee to Appropriate List</u>. If an employee is removed from his position during, or at the end of, his probationary period and the Director of Personnel determines that he is suitable for appointment to another position, his name may be restored to the list from which it was certified. An employee appointed from a promotional list who does not successfully complete his probationary period shall be reinstated in a position in the class occupied by the employee immediately prior to his promotion. If no vacancy in that class exists at that time, then the rule governing layoff shall be applied.

9-2

<u>RULE X</u>
<u>ATTENDANCE AND LEAVES</u>

1. <u>Hours of Work</u>. Effective on approval by Court of Common Council, the standard work week shall be as follows:

A. 35 Hours per week
   Clerical Series
     Except:  as provided by Collective Bargaining

   Professional Series
     Except:  Box Office Supervisor
         (40 hours per week)

   Nursing and Medical Series

   Administrative Series

   Engineering and Architectural Series
     Except:  City Forester
         (40 hours per week)

   Inspectional Series

   Recreation and Related Series

B. 40 Hours per Week

   Custodial and Related Series

   Food Service Series

   Labor Series
     Except:  Sanitation Aide
         (35 hours per week)

   Equipment Operation Series

   Skilled Trades Series

   Public Safety Series
     Except:  Claims Investigator
         (35 hours per week)
         Members of the Fire Fighting Division
         (42 hours per week)

Normal hours for employees working a 35 hour week shall be from 8:30 A.M. until 4:30 P.M. with one hour for lunch.

In normal work for employees working a 40 hour work week shall be from 7:00 A.M. to 3:30 P.M. or 8:00 A.M. to 4:30 P.M. with a half-hour for lunch, except for division and section supervisors, where the hours shall be from 8:00 A.M. to 5:00 P.M. with one hour for lunch.  These schedules are subject to adjustment for good and sufficient reasons by the Director of Personnel if requested in writing by the department head and approved by the Director of Personnel.