Where service to the public is required on a 24 hour basis, shift schedules shall be prepared by the departments concerned citing the needs for such shifts and filed with the Director of Personnel for approval and such schedules shall be reasonable.

The standard work week shall be from 8:00 A.M. Sunday until 8:00 A.M. the following Sunday.

Where 24 hour service must be maintained, the standard work day shall begin and end at the same hour each calendar day as the starting hour for the standard work week.

Not more than two (2) attorneys in the Corporation Counsel's Office may elect to work a twenty (20) hour week schedule at the same time. The right to work a twenty (20) hour work week will be limited to two attorneys at the same time. Such right shall also be subject to a requirement that there must be a minimum number of eight remaining full-time attorneys on the staff if and when a person elects to work a twenty (20) hour work week. Unless two attorneys are already working on a twenty (20) hour work week schedule, and provided there are at least eight full-time attorneys remaining on the staff, an attorney who elects to work a twenty (20) hour work week will be permitted to work on a twenty (20) hour work week schedule. An attorney who commences to work on a twenty (20) hour work week schedule shall remain on such a schedule for at least three months and will be continued on such schedule until the attorney elects to return to a normal thirty-five (35) hour work week schedule. If an attorney requests a twenty (20) hour work week schedule while two other attorneys are already working on a twenty (20) hour work week schedule such request shall be denied until one of the other attorneys on the twenty (20) hour work week schedule resumes a normal thirty-five (35) hour work week schedule. No attorney in the Corporation Counsel's Office whether working on a normal thirty-five (35 hour work week schedule or a twenty (20) hour work week schedule, shall engage in the private practice of law in violation of the policy of the Office of the Corporation Counsel. Attorneys working on a twenty (20) hour work week as permitted by said rule shall be considered full-time, permanent active employees for the purposes of Sections 2-174 and 2-175 of the Municipal Code. Such employees will be paid at the same hourly rate as they were paid prior to working on a twenty (20) hour schedule.

2. <u>Vacation Leave</u>. Each permanent full-time employee in the classified service shall accumulate, during and after his probationary period, vacation leave with pay on July 1st according to the following vacation schedule:

| Length of Service In Months | Days Vacation For Employees On 5 Day Week | Days Vacation For Employees On 6 Day Week | Days Vacation For Employees On 7 Day Week |
|---|---|---|---|
| 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 |
| 3 | 3 | 3 | 3 |
| 4 | 4 | 4 | 4 |
| 5 | 5 | 5 | 5 |
| 6 | 6 | 6 | 6 |
| 7 | 7 | 7 | 7 |
| 8 | 8 | 8 | 8 |
| 9 | 9 | 9 | 9 |
| 10 | 10 | 10 | 10 |
| 11 | 10 | 11 | 12 |
| 12 | 10 | 12 | 14 |

Such vacation leave shall be given after July 1st of the fiscal year following his appointment but in no case before six months of continuous service have elapsed.

It is the intent of this rule that each permanent full-time employee in the classified service appointed on or before July 1st and who services continuously until the following June 30th shall earn two weeks' paid vacation to be granted during the following fiscal year.

Employees who have completed five years of full-time employment on July 1st and serve continuously for the previous 12 months shall be entitled to vacation of 3 weeks annually.

10-3

Effective July 1, 1980, employees who have completed 15 years of full-time employment on July 1st and served continuously for the previous 12 months shall be entitled to a vacation of 4 weeks annually.

For the purpose of computing vacation leave, the calendar month shall be used, except that a person permanently appointed during the first 15 days of any month shall be considered as having been appointed on the first day of that month, and those appointed after the 15th day of any month is having been appointed on the first day of the succeeding month.

Vacation leave is to be taken in units of not less than one week except when accumulated vacation time is less than one week or if other arrangements are authorized by the appointing authority. Employees must take all vacation leave or one week whichever is less during the fiscal year following the July 1st on which it is earned. Additional vacation leave may be carried over from one fiscal year to the next to permit a maximum accumulation of no more than six (6) weeks.

Vacation leave shall be granted by mutual agreement between the employee and the department head; provided, however, that no department head shall withhold vacation leave of any employee in excess of 18 months.

In computing vacation leave, legal holidays established by these rules are not to be considered as part of vacation allowance.

In the event of the death of an employee, (his spouse) <u>the employee's spouse</u> and/or <u>minor</u> children shall receive the accrued vacation pay earned by the employee. <u>Where the employee has no minor children and has notified the Personnel Department that a valid certificate of domestic partnership is on file with the City of Hartford Town Clerk, pursuant to Section 2-63 of the Municipal Code of Hartford, the domestic partner shall receive the accrued vacation pay earned by the employee.</u> In the event the employee has neither a spouse, (nor) <u>minor</u> children, <u>nor a domestic partner,</u> the pay shall be paid to the estate of the deceased employee.

Employees who are separated from the City and who have accrued vacation to their credit at the time of separation shall be paid the salary equivalent to the accrued vacation leave. Vacation leave accrued during the fiscal year in which the employee is separated will only be paid if the employee is in good standing at the time of separation.

3. <u>Sick leave</u>. Each full-time employee in the classified service shall earn sick leave with pay during and after his probationary period according to the following schedule:

10-4

| Length of Service In Months | Days Sick Leave For Employees On 5 Day Week | Days Sick Leave For Employees On 6 Day Week | Days Sick Leave For Employees On 7 Day Week |
|---|---|---|---|
| 1 | 1 1/2 | 1 1/2 | 1 1/2 |
| 2 | 3 | 3 | 3 |
| 3 | 4 1/2 | 4 1/2 | 4 1/2 |
| 4 | 6 | 6 | 6 |
| 5 | 7 1/2 | 7 1/2 | 7 1/2 |
| 6 | 9 | 9 | 9 |
| 7 | 10 1/2 | 10 1/2 | 10 1/2 |
| 8 | 12 | 12 | 12 |
| 9 | 13 1/2 | 13 1/2 | 14 |
| 10 | 15 | 15 | 16 |
| 11 | 15 | 16 1/2 | 18 |
| 12 | 15 | 18 | 21 |

10-5

It is the intent of this rule that each full-time employee in the classified service appointed on or before July 1st and who serves continuously until the following June 30th shall earn three weeks' paid sick leave. Sick leave is to be used only for the purposes contained in this rule. Any unauthorized use of sick leave shall be cause for disciplinary action.

Any unused portion of sick leave shall accumulate, from fiscal year to fiscal year, to a total of 120 working days for employees working a standard 5 day work week, 144 working days for employees working a standard 6 day work week and 168 working days for employees working a standard 7 day work week. Thereafter, any unused portion of sick leave shall accumulate from fiscal year to fiscal year at a rate of one day of accumulation for each two days of unused sick leave. Accumulated sick leave may be used for the purposes specified in these rules if an when needed.

Except as provided below, sick leave cannot be advanced.

Any non-bargaining unit employee who has accumulated at least thirty days of sick leave may donate a portion of his or her accumulated sick leave to another non-bargaining unit employee with a record of meritorious service, who through serious and protracted illness has used up all of his or her accumulated sick leave, compensatory time and vacation leave. The City Manager and the Director of Personnel shall authorize the donation and transfer of such sick leave provided the following conditions are met:

a.) The transferring employee shall have a minimum sick leave accumulation of thirty days.

b.) No more than five days of sick leave for every thirty days of sick leave accumulated by the donating employee to a total donation of thirty days shall be permitted between any two employees.

c.) Sick leave, donated by one employee to another, when used, shall be paid at the hourly rate of the donor or donee, whichever is less.

d.) No more than twenty days of donated leave may be allowed to accumulate in any donee's name at any given time, provided if such donated sick leave should be reduced below twenty days, additional donations may be made to restore the level of accumulated sick leave to twenty days.

In cases of extreme emergency involving valuable employees with a record of meritorious service, who through serious and protracted illness have used up all accumulated sick leave, compensatory time off and vacation leave, an extension of sick leave beyond the maximums provided for in these rules may be granted on request of the department head and with the written approval of the Director of Personnel and City Manager. This provision shall be subject to the grievance procedure except that after step 4, the matter shall be referred to the City Manager whose decision shall be final.

10-6

No refund of vacation time shall be allowed due to illness incurred while on vacation leave.

Holidays and regular days off shall not be counted in computing sick leave taken, except for the regular fire fighting forces.

In the event that a holiday falls while an employee is on sick leave due to a protracted illness which began prior to the holiday, except for uniformed and investigatory forces of the Fire and Police Departments, the employee shall be granted an additional day off at a time mutually agreed upon between the employee and the department head provided that the illness is verified by a doctor's certificate.

Except for employees of Police and Fire bargaining units, sick leave may be used for the following purposes:

A. Personal illness, physical incapacity, or non-compensable bodily injury or disease.

B. Enforced quarantine in accordance with community health regulations.

C. For reasonable period of time as defined by the Director of Personnel only for illness or physical incapacity in the employee's immediate family or others domiciled in the same household prior to illness for whom one is responsible and the primary care giver. Immediate family is defined for purposes of this provision to be father, mother, sister, brother, wife, husband, <u>domestic partner</u> or children related either by blood, marriage or adoption to the employee. (if domiciled in the Greater Hartford area.)

D. To meet medical and dental appointments of emergency nature and Health Department referrals. In addition, sick leave may also be granted for a limited time for normal medical and dental appointments when an employee has made reasonable efforts to secure appointments outside of normal working hours provided that the department head is notified in advance of the day on which the absence occurs.

E. Death of relatives or friends, marriage in the immediate family, celebration of religious holidays and christenings, graduations and similar ceremonies, where there is a clear family obligation to attend provided prior notification to the department head is submitted in writing giving full particulars in advance, subject to approval either before or after the absence. A maximum of 3 days a year under this provision shall be granted except that it may be increased in situations beyond the employee's control upon approval by the Director of Personnel.

F. Natural fathers who are primary care givers shall be allowed to use accumulated sick leave for a maximum of 30 calendar days. If accumulated sick leave is exhausted prior to the 30 calender days the balance of the leave will be without pay.

10-7

Natural fathers wishing to take such leave must provide copy of birth certificate as proof of paternity. Leave will not be granted without the above documentation being provided within five days of the birth.

G. <u>Domestic Partners who are primary care givers shall be allowed to use accumulated sick leave for a maximum of 30 calendar days. If accumulated sick leave is exhausted prior to the 30 calendar days the balance of the leave shall be without pay. In no case will a domestic partner be eligible for both maternity and primary care leave.</u>

<u>Domestic Partners wishing to take such leave must provide a copy of the birth certificate and a copy of the domestic partnership certificate to the City of Hartford Town Clerk, pursuant to Section 2-63 of the Municipal Code of Hartford, as proof of the relationship to the birth of the child.</u>

(G.) H. Up to three sick days per year may be used for any purpose not otherwise provided above subject to the same notification requirements as in subsection E above.

(H.) I. Employees who are adoptive parents <u>or the domestic partner of the adoptive parent</u> shall be allowed to use accumulated sick leave for 30 calendar days for adjustment in family living conditions. If accumulated sick leave is exhausted prior to the 30 calendar days, the balance of the adoption leave will be without pay. Only the person primarily responsible for the child will be entitled to this leave.

Employees wishing to take an adoption leave, must present copies of legal adoption papers as proof of such adoption. <u>In the case of a domestic partner, proof of a valid domestic partnership certificate must also be filed with the City of Hartford Town Clerk, pursuant to Section 2-63 of the Municipal Code of Hartford.</u> Adoption leave will not be granted without the above documentation.

Departments may require proof of illness or other uses of sick leave as provided in this rule. In the judgement of the department head or supervisor, proof of sick leave may include a doctor's certificate, personal affidavit or other reasonable verification available to the employee. For absences of less than 5 days, proof of sick leave will not normally be required unless, in the judgement of the department head or supervisor, there is a question of authorized usage. For absences of 5 days or more a doctor's certificate will normally be required. For absences exceeding one week, a doctor's certificate will normally be required. For absences exceeding one week, a doctor's certificate indicating the nature and probable duration of the disability may be required, and additional certificates may be required for extended illnesses.

Sick leave provided above shall be granted only if the requirements of these provisions are complied with and the initial report of illness is made prior to twelve o'clock noon on the first day of absence, except that where a relief employee is required, such report must be made before the hour to report for work as provided in the rules of the department concerned. Nothing in this paragraph shall preclude the payment of sick leave to an employee who cannot comply with the provisions of this paragraph due to extenuating circumstances.

10-8

The City will make payment for accumulated sick leave as follows: (1) Full payment in case of death; (2) Fifty percent payment at time of retirement. Payments in case of death will be made to the employee's spouse and/or minor children. <u>Where the employee has no minor children and has notified the Personnel Department that a valid certificate of domestic partnership is on file with the City of Hartford Town Clerk, pursuant to Section 2-63 of the Municipal Code of Hartford, the domestic partner shall receive the payment.</u> In the event the employee has neither a spouse, (nor) <u>minor</u> children, <u>nor a domestic partner,</u> the payment (will) <u>shall</u> be made to the estate of the deceased employee.

4. <u>Maternity</u>. Employees who are expectant mothers shall report to the City Health Department before the 3rd month of pregnancy. The Health Department, in cooperation with the personal physician of the expectant mother, shall determine the proper time for the employee to stop work.

Employees in good standing who comply with the provisions of this section may resign or take maternity leave as provided below:

A. An employee who wishes to return to her same position must so notify her department head in writing two weeks prior to the last scheduled work day. Such employee will be granted maternity leave of absence not to exceed 45 days after delivery date and shall return to work at the expiration of the leave of absence only after approval by the City Health Department that the employee is physically capable of returning to work. An employee on maternity leave of absence is eligible for paid sick leave in accordance with Rule X, Section 3, of the Personnel Rules and Regulations. When any accumulated sick leave is exhausted, the employee will be carried on leave of absence without pay for the balance of the maternity leave period.

An employee who is unable to return to employment at the end of the 45 day postpartum period may apply to the Director of Personnel for a leave of absence without pay, which, together with any unpaid portion of the employee's maternity leave, does not exceed three months in duration as provided for under Rule X, Section 7, paragraph 4 of the Personnel Rules and Regulations.

An employee who does not return to work on or before the expiration of her approved leave of absence will be deemed to have resigned. If the employee resigns in good standing on or before the expiration of the leave of absence, such resignation may be withdrawn as provided in paragraph B of this section.

B. An employee may resign due to pregnancy by so notifying her department head in writing two weeks prior to the last scheduled work day. Such resignation may be withdrawn as provided in Rule XII, Section 5 of these Rules but only after approval by the City Health Department that the employee is physically capable of returning to work.

5. <u>Compensation for Injuries and Disease</u>.
    A. Each employee shall be compensated for any injury or occupational disease under the provisions of the Workmen's Compensation Act of Connecticut. In addition to payments received under the Worker's Compensation Act, any City Fireman and City Patrolman upon appointment and any other City employee with 6 months of continuous service shall receive payment from the City, which payment will equal the difference between his full pay and the payments received under the Workmen's Compensation Act. This additional payment shall be made during the entire period that the employee collects under the Workmen's Compensation Act, not to exceed one year.          10-9

B. Each employee of the Health Department and the municipal hospit and institutions who, during the performance of his duty, comes into contact with persons or animals afflicted with any infectious or contagious disease or who shall be required to handle any culture, collection or aggregation of agents capable of producing human disease shall be examined by a physician on behalf of the City prior to assuming such duties, and at regular intervals during his period of employment. If found infected with any such contagious or infectious disease, contracted in such employee of the City, and when it can be established that such employee cared for or came in contact with a patient suffering from or an established carrier of the identical disease or with culture, collection or aggregation of the specific infectious agent, such disease shall be deemed a personal injury sustained by such employee arising out of and in the course of his employment, and such employee shall be entitled to all of the benefits to which an injured employee is entitled above. If the disease is not covered by the Workmen's Compensation Act, the employee shall receive his full pay from the City for a period not to exceed one year.

C. To receive additional payments from the City, the employee must enter into a written contract with the City whereby the employee assigns to the City any right he may have against any other person who may be liable to pay damages as a result of the employee's injury or disease to the amounts actually paid by the City. The City shall only be entitled to be reimbursed for amounts actually paid. The employee specifically retains any and all claims against third parties for such injuries or disease which shall be in excess of amounts actually paid by the City.

D. No payments in addition to Workmen's Compensation shall be paid when the personal injury shall have been caused by the willful and serious misconduct of the injured employee or by his intoxication or the improper or excessive use of drugs.

E. Injuries and disease arising out of and in the course of employment shall be reported forthwith by the employee to his department head who, in turn, shall make a full report on prescribed form to the Director of Personnel and other City authorities designated to handle compensation matters.

6. <u>Other Leave of Absence with Pay</u>. Employees shall be granted leaves of absence for required jury or any other civic duty requiring appearance before a court or other public body. Such employees shall receive that portion of their regular salary which will, together with their jury pay or fees, equal their total salary for the same period, except where this rule is in conflict with state or federal law.

Leaves with pay may be authorized for not more than one duly accredited delegate from each local union or veterans' organization to attend state and national union and veterans' conventions or for officially designated representatives of the City to attend state or national meetings of professional societies and organizations for a period not to exceed 5 days, if such leave is approved by the department head and the Director of Personnel.

With the approval of the Director of Personnel, leave with pay may also be granted by a department head for the purpose of allowing a regular employee to engage in official training courses or to participate in other official activities.

10-10

Any full-time employee who is a member of the National Guard or naval militia, or other reserve forces of the United States, and is required to undergo field training therein, shall be entitled to a leave of absence with pay for the period of such field training, to a maximum of one month, provided the amount of compensation paid to such employee for such leave of absence shall be the difference between his compensation for military activities as shown by a statement by military authorities giving his rank, pay and allowances and the amount of salary or wages due as an employee of the City. If the compensation for military service is equal to or greater than the salary or wages due as a City employee for the period covered by such military leave, then no payment shall be made, except that normal payroll deductions for pension and insurance purposes shall be paid by the City during such leave.

Three days' special leave with full pay shall be granted for death in the immediate family of an employee, or the immediate family of his or her spouse or domestic partner. Immediate family for purposes of this clause is defined as parents, grandparents, child, son-in-law, daughter-in-law, grandchild, spouse, brother, sister and any relation who is domiciled in the employee's household.

7. <u>Leave of Absence Without Pay</u>. A. A department head, with the approval of the Director of Personnel, may grant a regular employee leave of absence without pay for a period not to exceed one year for travel or study. Such leave shall be granted only when it will not result in undue prejudice to the interests of the City as an employer beyond any benefits to be realized. No leave without pay shall be granted except upon written request of the employee and a guarantee by the employee that he will serve the City for at least one year after return from such leave. Whenever granted, such leave shall be approved in writing and signed by the department head and a copy filed with the Director of Personnel.

B. Upon expiration of a regularly approved leave without pay, the employee shall return to work in the position held at the time leave was granted. Failure on the part of an employee on leave to report promptly at its expiration, without good cause, shall be considered as a resignation.

C. No such leave shall be granted primarily in the interests of the employee except in the case of one who has shown by his record of service or by other evidence to be of more than average value to the City and whose service it is desirable to retain even at such sacrifice.

D. Leave of absence without pay may also be granted to permanent employees in the classified service for a period of up to three months upon written application to the Director of Personnel stating reasons for request and with his prior approval.

E. Leave of absence without pay may also be granted to Non-Union Exempt and Non Exempt employees for a period of up to one year upon written application to the Director of Personnel, except in the case of any Attorney in the Corporation Counsel's Office such application and approval will be by the Corporation Counsel and submitted to the Director of Personnel.

F. In addition to the above leaves of absence without pay any permanent employee shall be entitled to:

10-11

1. A maximum of 24 weeks of family leave of absence within any two year period upon the birth or adoption of a child of such employee or upon the serious illness of a child, spouse, parent, partner and domicile relative of such employee.

2. A maximum of 24 weeks of medical leave of absence within any two year period upon the serious illness of such employee.

Upon expiration of any leave of absence granted under this subsection F the employee shall be entitled to return to his or her original job or, if not available, to an equivalent position with equivalent pay within the same department.

Any such leave of absence will not result in a break in service provided, however, that the employee on such leave will not accrue vacation or sick leave during the period of such leave. Any health and/or life insurance paid for by the City will continue to be paid by the City during any such leave.

Any employee requesting a leave under this section for reasons of serious illness may submit prior to inception of such leave written documentation from the attending physician of the employee, child, spouse, parent, partner or domicile relative of the nature and probable duration of the illness. For purposes of this section "serious illness" is defined as an illness, injury, impairment of physical or mental condition that involves (a) inpatient care in a hospital, hospice or residential care facility or (b) continuing treatment or continuing supervision by a health care provider.

Any employee requesting a leave under this section for the birth or adoption of a child must submit proof of the birth or adoption.

Any employee requesting a leave under this section shall submit to his or her appointing authority prior to the inception of such leave a signed statement of his or her intent to return to work upon the termination of such leave.

8. **Absence Without Leave.** An absence of an employee from duty, including any absence for a single day or part of a day, that is not authorized by a specific grant of leave of absence under the provisions of these rules shall be deemed to be an absence without leave. Any such absence shall be without pay and may be subject for disciplinary action. Any employee who absents himself for three consecutive days, or on three separate occasions for less than three days without leave, shall be deemed to have resigned. Such action may be reconciled by the Director of Personnel by a subsequent grant of leave if the conditions warrant.

9. **Procedure in Requesting Leaves.** An employee requesting a leave of absence for any reason other than sick leave must fill out a request form. The requested leave shall be approved by the department head, by the employee's superior if the department head so desires, and by the Director of Personnel. The Director of Personnel shall determine whether the employee is entitled to the leave, indicate the amount of leave left the employee after taking the requested leave, and send a copy of the form to the department head who will return it to the employee. Requests for vacation leave must be made far enough in advance to allow time to carry out this procedure.

10. <u>Holidays</u>. The following days shall be recognized and observed as paid holidays for all employees:

>    New Year's Day
>    Martin Luther King Day
>    Lincoln's Birthday
>    Washington's Birthday
>    Good Friday
>    Memorial Day
>    Independence Day
>    Labor Day
>    Columbus Day
>    Veterans' Day
>    Thanksgiving
>    Christmas

Whenever the holidays listed above shall fall on a Sunday, the following Monday shall be observed as the holiday; and whenever the holidays listed above shall fall on a Saturday, the preceding Friday shall be observed as the holiday; provided, however, that the actual holiday shall be observed for uniformed and investigatory members of the police force.

Each employee shall receive one day's pay for each of the holidays listed above on which he performs no work provided the employee is on the payroll the day before and the day after the holiday unless excused in advance.

When a holiday falls on an employee's regular day off, he shall receive a compensatory day off to the scheduled with the approval of the department head with 48 hours' notice.

It is the intent of this rule that employees who work irregular schedules shall receive the same holiday benefits as employees who work a regular Monday through Friday schedule.

Employees entitled to overtime pay for holiday work also have the option of compensatory time off at the same rate, except that because of the manning problems present in the assignments of uniformed members of the Fire Department, the following provisions shall apply: (a) When a holiday falls on a regular work day or on a regular day off employees who regularly perform firefighting and dispatching duties shall receive holiday pay; (b) Such holiday pay shall be computed by multiplying the employee's regular hourly rate by the number of hours in his average tour of duty.

11. A. The Personnel Director, with the approval of the City Manager, may authorize for the employees of all departments, except the regular fire fighting forces and officers and men of the Police Department, either full or partial days off in addition to those already authorized in these rules to permit early closing in such instances as severe snow storms, extreme hot weather and at time of celebrations.

Where the welfare, safety and convenience of the public prevents closing or the use of skeleton forces, full forces shall be maintained. All who are required to work during such authorized hours of closing, except those excluded above, shall be granted compensating time off.

B. The Personnel Director, with the approval of the City Manager, may authorize a day off for all employees the day before a holiday falling on Tuesday or the day following a holiday following a holiday falling on Thursday. All who are required to work on such days shall be granted compensatory time off as in A of this section. Employees who have such days as a regular day off shall be granted a substitute day.

12. <u>Personal Leave for Perfect Attendance</u>. Effective July 1, 1979, non-unit superior officers of the Police Department shall earn one and one-half work days of personal leave for each three months of perfect attendance during the period from July 1 through September 30, October 1 through December 31, January 1 through March 31, and April 1 through June 30. The officer may use such leave for any purpose, subject to advance approval of the officer's absence. The officer can accumulate up to five work days for this purpose. Any unused personal leave exceeding five work days shall be paid in cash at the rate of 40 percent after the close of each fiscal year.

## RULE XI

## IN-SERVICE ACTIVITIES

1. <u>Employee Training</u>. The Director of Personnel shall promote a system of employee training to assist employees to qualify for positions of increasing difficulty and responsibility. He may encourage employees to take courses in night schools; suggest programs of supervisory and foremanship training to department heads; provide for necessary facilities to educate and keep the employees in the City service informed on activities and functions of the various departments of the City government; promote employee training programs; and counsel and advise employees, at their request, and encourage them as to possibilities of advancements in the City service and suggest required additional training.

2. <u>Employee Health and Welfare</u>. The Director of Personnel shall promote satisfactory, safe, and healthful working conditions that are conducive to high moral, greater efficiency, and a low rate of turnover in the City service. Such an employee health and welfare program may include: Group insurance and group medical and nursing care for all employees; an employees' credit union; an employees' club for athletic and social activities; improvement of working conditions and adoption of other non-financial incentives such as awards for long service and an employees' paper or magazine.

3. <u>Service Ratings</u>. In cooperation with the department heads, the Director of Personnel may establish a system of service ratings based on standards of performance and establish regulations and procedures for administering the plan and utilizing the results. When such a system has been established and approved by the Personnel Board, it shall become a part of these rules. The rating shall be available for review by the employee concerned, but such rating shall be confidential to such employee. Department heads or their principal supervisory officers shall review the service rating with the employee.

<u>RULE XII</u>
<u>PENALTIES AND SEPARATIONS</u>

Penalties comprise two groups: Demotions and Suspensions. Separations embrace three types: Layoffs, Dismissals and Resignations.

1. <u>Demotion</u>. A department head may reduce the salary of an employee within the range provided in the pay plan or demote the employee for cause with the approval of the Director of Personnel. A written statement of the reasons for any such action shall be furnished to the employee and a copy filed with the Director of Personnel at least five working days prior to the effective date of the action. No demotion shall be made as a disciplinary action unless the employee to be demoted is eligible for permanent employment in a lower class and shall not be made if any permanent employee in the lower class would be laid off by reason of this action. Any permanent employee who is demoted may appeal for a hearing, in writing, to the Personnel Board within five working days after date of service of such notice of demotion.

Voluntary demotions and demotions for physical or mental reasons shall be in accordance with the provisions of Rule IV, Section 5 G. The Director of Personnel shall determine the validity of the facts covered in any certification under Rule IV, Section 5 G, through hearings or advice of the City Health Department, and shall approve or disapprove the requested action in writing. In the event that an employee is dissatisfied with the decision of the Director of Personnel, he shall be granted a hearing before the Personnel Board providing he requests such hearing in writing within five working days after the date of the notification of the findings of the Director of Personnel.

2. <u>Suspension</u>. A department head may, for disciplinary reasons, suspend without pay, the written notice, any permanent employee in his department for such length of time as he considers appropriate. Notice of such suspension shall be reported to the Director of Personnel immediately and in writing. If the employee wishes to appeal the suspension, he shall notify his department head and the Personnel Board of his intention to appeal within five working days of the date of suspension. Appeal for a hearing before the Board shall be in writing. Within not less than five or more than ten working days of the receipt of an appeal the Personnel Board shall hold a hearing which shall be public at the option of the employee and at which he may be represented by counsel.

In all suspensions the Director of Personnel shall be furnished with a written statement specifically setting forth reasons for such suspension and a copy of such statement shall be furnished the employees.

3. <u>Layoffs</u>. A department head may lay off a permanent employee in the classified service when he deems it necessary by reason of shortage of work or funds, the abolition of the position, material change in the departmental organization, or for other related reasons which are outside the employee's control and which do not reflect discredit upon the services of the employee. The duties performed by any employee laid off may be re-assigned to other employees already working who hold positions in appropriate classes. No regular employee shall be laid off while another person in a classified position is employed on a provisional or temporary basis in the same class in that department. No temporary or permanent separation of an employee from the service as a penalty or disciplinary action shall be considered as a layoff.

12-1

(A) <u>Order of Layoff</u>. Layoff of regular employees shall be made in inverse order of the current rating determined by the Director of Personnel on the basis of service reports and length of service in the class and in the department or other organizational unit involved. No probational or regular employee shall be laid off from any position while any temporary employee is still employed in the same class in the department or other organizational unit. If it is found that two or more persons in the organizational unit in which layoff is made have equal ratings determined on the basis of seniority and service reports, the order of layoff in all such cases of tie shall be in the inverse order of the date when an employee first entered the service.

(B) <u>Notice of Layoff</u>. A department head shall give written notice to the Director of Personnel and to the employee of any proposed layoff and reasons therefor, a reasonable time before the effective date thereof. In the case of temporary, part-time, or other occasional employment of regular employees in the classified service, the department head may notify in writing such employees and the Director of Personnel at the time of appointment of the date of termination of employment. Such notice shall be deemed to meet notification requirements. Written notice of layoff indicating reasons for such action may be given temporary employees at any time prior to the effective date of layoff.

4. <u>Dismissals</u>. An employee may be dismissed by his department head for activities prohibited in Chapter XVI, Section 12 of the City Charter, and for insubordination, inefficiency, abuse of sick leave, misconduct or other similar just cause, but no dismissal of a permanent employee shall take effect unless five working days prior to the effective date thereof, the appointing authority shall give to such employee a written statement setting forth in detail the reasons therefor and file a copy of such statement with the Director of Personnel. Any permanent employee so dismissed shall have the right to appeal in writing within five working days of the date of receipt of the letter of dismissal by registered mail to the Personnel Board and shall be granted a hearing as provided for in these rules.

5. <u>Resignation</u>. To resign in good standing, an employee must give the appointing authority at least 14 calendar days prior notice unless the appointing authority, because of extenuating circumstances, agrees to permit a shorter period of notice. A written resignation shall be supplied by the employee to the appointing authority giving reasons for leaving. The resignation shall be forwarded to the Director of Personnel with a statement by the appointing authority as to the resigned employee's service performance and pertinent information concerning the cause for resignation.

Failure to comply with this rule shall be entered on the service record of the employee and may be cause for denying future employment by the City. The resignation of an employee who fails to give notice shall be reported to the Director of Personnel by the department head immediately. The Director of Personnel may take steps to verify reasons for any resignations; he shall notify the employee in writing as to the acceptance of his resignation and shall notify the Finance Department of the effective date of the resignation.

12-2

## RULE XIII

## HANDLING OF SUGGESTIONS, COMPLAINTS, APPEALS

1. <u>Suggestions</u>. The Director of Personnel shall set up a formal system for the receipt, acknowledgement, recording and action on suggestions of employees for improving municipal services.

2. <u>Complaints and Grievances other than those relating to Suspensions, Demotions or Dismissals.</u>

(A) Complaints involving changes in classifications of positions shall be presented as provided in Rule III, Section 5 F.

(B) Complaints involving adjustments in pay or in salary ranges shall be filed in writing on the prescribed form through the department head with the Director of Personnel. Specific reasons for the request must be clearly stated and substantiated in the request.

The Director of Personnel will review the request and notify the employee through the department head of his findings on a form for that purpose.

If the employee is not satisfied with the response from the Director of Personnel, he may communicate his request to the City Manager.

In accordance with the Code or Ordinances, employees also are authorized to speak at appropriate committee meetings and public hearings of the Court of Common Council.

(C) Complaints involving suspensions, demotions or dismissals shall be forwarded to the Personnel Board as provided in Section 3 of this rule.

(D) All other complaints and grievances employees may have concerning the administration of these rules shall be presented as follows:

(1) The aggrieved employee shall take up his grievance with his immediate supervisor who shall take the necessary steps to adjust the complaint if it is within his authority to do so.

(2) If the immediate supervisor is unable to adjust the complaint within five working days, the grievance shall be put into writing, signed by the aggrieved employee, and sent to the division and department heads simultaneously. At the earliest possible date and within two weeks of the date of receipt of the written grievance, the division and department heads shall meet with the employee and his representative, if any, and adjust the grievance where possible.

(3) Grievances that cannot be settled at the department level shall be referred within five working days to the Director of Personnel by the department head with the employee's written statement of the grievance and a written statement of the steps he and his subordinates have taken to adjust it.

13-1

(4) If requested by the employee, or if he so determines, the Director of Personnel or his designated representative shall meet with the interested parties no later than 10 working days after receipt of the grievance and in any case shall render his decision in writing within 15 working days of receipt of the grievance.

(5) The Personnel Board may make a further investigation and make recommendation to the Court of Common Council.

(6) Should any immediate supervisor or division head obstruct this procedure, the appeal shall go immediately to the department head. If the department head refuses to follow through the prescribed procedure, the aggrieved employee shall so notify the Director of Personnel in writing and enclose a copy of his written and signed grievance. The Director of Personnel shall immediately report the failure of the department head to the City Manager and proceed immediately under step (4).

3. <u>Appeals from Dismissal, Demotion, or Suspension</u>. Any permanent employee who is dismissed, demoted, or suspended may appeal in writing to the Personnel within 5 working days of the date of such service.

In the case of appeal, within not less than 5, or more than 10 working days after the date of service of such notice of demotion, suspension or dismissal, the Personnel Board shall hold a hearing and notify by registered mail both the department head and employee involved of the time and place. Such hearings may be public at the option of the employee. Both the employee and the department head concerned may be represented by counsel or other person of their choice. At the hearings of such appeals, testimony shall be limited to the charges as stated and a transcript made of the proceedings, but technical rules of evidence shall not apply. After hearing and considering the evidence, the Personnel Board may decide: (1) to reinstate the employee; (2) to confirm the suspension, demotion, or dismissal; (3) to place the employee on an appropriate employment list for future employment in the same or another department; (4) such other action as it deems appropriate. The decision of the Personnel Board shall be final.

The Personnel Board shall promptly file a written statement of its findings and decision with the appointing authority taking the action. The complaint, all written documents which may have been considered by the Board, the transcript of the proceedings, and the findings and conclusions of the Board shall be promptly filed in the office of the Director of Personnel and shall be a public record.

13-2

RULE XIV

GENERAL PROVISIONS AND PROHIBITIONS

1. <u>Records of the Personnel Department</u>. Personnel records, except examinations, service rating reports, personal histories, and such other records as may be specified in these rules, or by the Director of Personnel as confidential, shall be public records and shall be open to public inspection during office hours at reasonable times and in accordance with such procedures as the Director of Personnel may prescribe. The Director of Personnel shall maintain records necessary to the proper administration of the personnel system.

2. <u>Report of Personnel Changes</u>. The Director of Personnel shall prescribe the necessary forms for reports of all personnel changes in the service. Such forms shall provide spaces for entering such supporting or other pertinent information as the Director of Personnel shall deem to be needed.

3. <u>Annual and Other Reports</u>. A regular annual report of the activities of the Department of Personnel shall be submitted to the City Manager by the Director of Personnel. The Director of Personnel shall submit such other reports as may be required by the City Manager from time to time.

4. <u>Prohibited Practices</u>. No person in the classified service of the City or seeking admission thereto shall be favored or discriminated against in any way because of his race, color, national origin, marital status or political or religious opinions or affiliations, nor because of age or sex as prohibited by State Statute. No person shall willfully or corruptly make or cause to be made any false statement, certificate, mark, rating or report in regard to any test, certification, promotion, demotion, removal or appointment held or made under the provisions of the City Charter or in any manner commit or attempt to commit any fraud preventing the impartial execution of the Charter provisions or of these rules and regulations provided for therein. No person shall either directly or indirectly solicit, pay, render, receive, or give any money, service or other valuable thing to any person for, or on account of, or in connection with any test, appointment, promotion, demotion, layoff, or dismissal. No person shall, in any manner, solicit or be in any manner concerned with soliciting, any assessment, subscription or contribution for any political party or purpose from any employee holding a position in the classified service. No person holding a position in the classified service of the City shall make any contribution to the campaign fund of any candidate for public officer or of any political party, nor take any part in the management, affairs, or campaign of any candidate or political party further than in the exercise of his rights as a citizen to express his opinion and to cast his vote. No officer or employee in the classified service shall continue in such position after becoming a candidate for election to any public office. Any person convicted of violation of the provisions of the Charter governing prohibited practices besides the legal penalties provided, shall be ineligible for appointment or employment in a classified position for a period of five years and any officer or employee of the City so convicted shall immediately forfeit his office or position.

14-1

5. <u>Compliance with Charter</u>. All officers and employees of the City shall comply with, and aid in all proper ways in carrying out the provisions of the Charter and these rules and special departmental regulations. Any officer or employee who shall fail to comply with any of the provisions of the Charter or of regulations adopted thereunder, shall be subject to all penalties and remedies now or hereafter provided by law for the failure of a public officer or employee to do any act required of him by law. Any person holding any position who shall willfully violate any provision of the Charter shall forfeit his or her position as well as his or her eligibility rating and for a period of at least five years from and after the date of such violation, shall be ineligible for employment in any position. If any section or portion of a section of these rules are found to be not in conformity with state law or the City Charter, such finding shall not affect the remainder of the rules herein stated.

6. <u>Regulations Inconsistent with the Provisions of the Charter</u>. In accordance with Chapter XVI, Section 2, Subsection (e), Section 5 and Section 6, under which these rules are authorized, the Personnel Rules heretofore established and the rules and regulations or parts of rules and regulations established by any office, board, commission, institution or agency, inconsistent with these Personnel Rules are hereby declared to be without force or effect.

14-2