CITY OF HARTFORD

DEPARTMENT OF PERSONNEL
550 Main Street, Hartford, CT 06103
Telephone (860) 543-8590

COUNCIL – MANAGER GOVERNMENT

12/29/98

Elena Aquino
33 Daisy Lane
South Windsor, CT 06074

Dear Applicant:

This is to inform you of the status of your application for the position of PUBLIC HEALTH SANIT. INSPEC.

Unfortunately, we cannot consider your application for the following reason(s):

X Academic: Application did not reflect the minimum educational requirements as stated on the job announcement.

X Experience: Application did not reflect the minimum experience requirements as stated on the job announcement.

----- Age: Does not meet the minimum age requirement.

----- Residence: Is not a bonafide resident of Hartford on the date of application.

----- Late Application: Your application was received after the official closing date for this position.

----- Incomplete: Copy of required documentation was not submitted with the application as stated on the job announcement or has been determined to be insufficient.

----- Bilingual Ability: Did not indicate bilingual ability on application.

----- Other -

This action does not preclude you in any way from applying for future positions with the City of Hartford.

Thank you for your interest in employment with the City of Hartford.

For the Personnel Director

By: Susan Cornfeld
Personnel Department

INTERNATIONAL PERSONNEL MANAGEMENT ASSOCIATION
IPMA
MEMBER

POMA 000192

EXHIBIT A



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELENA POMA, F/K/A ELENA AQUINO,
Plaintiff,

VS.

CITY OF HARTFORD/HEALTH DEPARTMENT,
Defendant.

CIVIL ACTION NO.
3:02CV543 (CFD)

JUNE 19, 2003

DEPOSITION OF KATHERINE M. McCORMACK

APPEARANCES:

MINITER AND ASSOCIATES
Attorneys for the Plaintiff
147 Charter Oak Avenue
Hartford, Connecticut 06106-5100
(860) 560-2590
BY: CHRISTINE E. CORRIVEAU, ESQ.

KAINAN, ESCALERA & McHALE, P.C.
Attorneys for the Defendant
21 Oak Street
Hartford, Connecticut 06106
(860) 493-0870
BY: JOSEPH W. McQUADE, ESQ.

BARBARA L. DAVENPORT, LSR
License No. 00148
Certified Shorthand Reporter

NIZIANKIEWICZ & MILLER REPORTING SERVICES
972 Tolland Street
East Hartford, Connecticut 06108-1533
Telephone (860)291-9191

Case 3:02-cv-00543-MRK Document 32-17 Filed 11/07/2003 Page 4 of 8

APPEARANCES CONTINUED:

SHIPMAN & GOODWIN, LLP
Attorneys for the Deponent
One American Row
Hartford, Connecticut 06103-2819
(860) 251-5724
BY: JOSE M. ROJAS, ESQ.

STATE OF CONNECTICUT :

ss.

COUNTY OF HARTFORD :

I, Barbara L. Davenport, C.S.R., a Notary Public for the State of Connecticut, do hereby certify that the deposition of KATHERINE M. McCORMACK, a witness, was taken before me pursuant to the Federal Rules of Civil Procedure, at the law offices of Miniter and Associates, 147 Charter Oak Avenue, Hartford, Connecticut, commencing at 10:00 a.m., Thursday, June 19, 2003.

I further certify that the witness was first sworn by me to tell the truth, the whole truth, and nothing but the truth and was examined by counsel and his testimony stenographically reported to me and subsequently transcribed as hereinbefore appears.

I further certify that I am not related to the parties hereto or their counsel and that I am not in any way interested in the event of said cause.

Dated at Hartford, Connecticut, this 27th day of June, 2003.

Barbara L. Davenport, CSR, LSR
License No. 00148
Notary Public

My Commission Expires April 30, 2006

you remember. It doesn't have to be the first in time, but tell me one of your conversations that you had with him about her.

A I can't be specific. I don't recall conversation. I don't recall any first conversation with Kevin Hood about Elena Poma.

Q Let's forget the word first, but any conversation that you had with him.

A In general I speak to program managers about the people that they supervise and the programs that they oversee.

Q How often would you have contact with Kevin Hood.

A On a regular basis.

Q Daily? Weekly?

A It depended on what the issues were, what was going on in the department, what I was doing, and what types of things needed to get done in terms of work.

Q Let's back up. Do you recall any specific conversation you had with Kevin Hood about Elena Poma?

A I do recall speaking to Kevin Hood about Elena Poma not being at her desk.

Q Do you know where she was if she wasn't at her desk?

A Not always.

Q Tell me what you said to Kevin.

A I can't tell you what I said to Kevin on a given day.

Q How often did you observe that Elena Poma was not at her desk?

A Quite often.

Q Did you see her elsewhere?

A Yes.

Q Where else did you see her if she wasn't at her desk?

A I saw her in the administration. I saw her in the hallways. I saw her with other employees. I saw her in the car.

Q In the car?

A Um-hum.

Q Driving away? Sitting in the parking lot? What do you mean by in the car?

A I saw her going in a city vehicle.

Q On one occasion or more than one occasion?

A I don't recall.

Q Did you ask what she was doing in a city vehicle?

A I don't remember.

Q Did you ever find out what she was doing in

people about things unrelated to work while she was in the workplace?

A I can't say that I overheard her conversations. I saw her talking, but I can't say that I can tell you what she said.

Q Did you ever speak to Kevin Hood about Elena Poma talking too much in the workplace?

A I talked to Kevin Hood about Elena Poma socializing for an extended period of time.

Q Is that one conversation that you had with him or did it happen more than once?

A I don't recall.

Q When you spoke to Mr. Hood about Elena Poma socializing, did he agree with you?

A I don't recall.

Q Do you have the authority to terminate employees?

A Do I personally?

Q Yes.

A The city has a process for termination.

Q But it's not something you could make the decision about?

A No.

Q Do you know Hermalina Aquino?

A No.