FILED
Nov 19  2 15 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELENA POMA F/K/A ELENA AQUINO : | CIVIL ACTION NO. |
| Plaintiff, : | 3:02CV543 (MRK) |
| v. : | |
| : | |
| CITY OF HARTFORD/ : | |
| HEALTH DEPARTMENT : | |
| Defendants. : | NOVEMBER 17, 2003 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff respectfully requests that the court grant an extension of time to Object to Defendant's Motion for Summary Judgment. Dispositive motions were scheduled be filed on or before November 26, 2003. Defendant filed its Motion on November 4, 2003, which is substantially earlier than the anticipated filing deadline. However, Plaintiff's attorneys are relocating their offices and will be in the process of moving for the next several weeks. Plaintiff requests an extension until December 24, 2003 to respond to the Motion for Summary Judgment. The Defendant requests until January 14, 2004 to reply to Plaintiff's Objection.

The undersigned has contacted Defendant's counsel, Joseph McQuade, who has no objections to the requested extension of time. This is the first requested extension of time to object and reply to the Defendant's Motion for Summary Judgment.

1

PLAINTIFF

BY: /s/ Christine E. Corriveau
Christine E. Corriveau
Miniter & Associates
147 Charter Oak Ave.
Hartford, CT 06106
(860) 560-2590
Federal Bar # No.: ct21212

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 17th day of November, 2003:

Joseph W. McQuade
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT 06106

/s/ Christine E. Corriveau
Christine E. Corriveau