UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELENA POMA F/K/A ELENA AQUINO | : | |
| | : | |
| Plaintiff, | : | NO. 3:02cv543 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD/HEALTH DEPARTMENT | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion For Extension Of Time (Doc. #33), dated November 17, 2003, is hereby GRANTED. Plaintiff shall respond to defendants' Motion for Summary Judgment on or before December 24, 2003, and defendants shall reply to plaintiff's objection on or before January 14, 2004.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
             U.S.D.J.

Dated at New Haven, Connecticut: November 25, 2003