FILED

Dec 23  12 53 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELENA POMA F/K/A ELENA AQUINO :    CIVIL ACTION NO.
                 Plaintiff,    :    3:02CV543 (MRK)
v.                                 :
                             :

CITY OF HARTFORD/                  :
HEALTH DEPARTMENT                  :
             Defendants.    :    DECEMBER 22, 2003
_____:

## MOTION FOR EXTENSION OF TIME

       The Plaintiff respectfully requests that the court grant a one-week extension of time to Object to Defendant's Motion for Summary Judgment.   The Objection is due December 24, 2003 and the Plaintiff requests an extension until December 31, 2003 to respond to the Motion for Summary Judgment due to its significant size.    The Defendant would receive and additional week until January 21, 2004 to reply to Plaintiff's Objection.

       The undersigned has contacted Defendant's counsel, Diana Garfield, who has no objection to the requested extension of time.  This is the second requested extension of time to object and reply to the Defendant's Motion for Summary Judgment.

                                 PLAINTIFF

                                   BY:
                                   Christine E. Corrivequ
                                   Miniter & Associates
                                   100 Wells Street Unit 1D

1

Hartford, CT 06106
(860) 560-2590
Federal Bar # No.: ct21212

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following this 22 nd day of December, 2003:

Joseph W. McQuade
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106

Christine E. Corriveau

2