# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ELENA POMA F/K/A ELENA AQUINO   :
:
         Plaintiff,      :     NO. 3:02cv543 (MRK)
:
v.                         :
:
CITY OF HARTFORD/HEALTH     :
DEPARTMENT             :
:
:
         Defendants.     :

## ORDER

Plaintiff's Motion For Extension Of Time (Doc. #35), dated December 22, 2003, is hereby

**GRANTED**. Plaintiff shall respond to defendants' Motion for Summary Judgment on or before

**December 31, 2003**, and defendants shall reply to plaintiff's objection on or before **January 21,**

**2004**.

IT IS SO ORDERED.

/s/           Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: December 31, 2003