UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELENA POMA F/K/A ELENA AQUINO   :    CIVIL ACTION NO. 3:02CV543 (MRK)
            Plaintiff,

v.

CITY OF HARTFORD/
HEAL TH DEPARTMENT              :        DECEMBER 31, 2003
            Defendants.

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above captioned matter hereby objects to the Defendant's Motion for

Summary Judgment for the reasons contained in the Memorandum of Law filed herewith.

The Plaintiff files herewith the following documents:

1) Memorandum of Law;

2) Rule 56(a) Statement;

3) Affidavit of Elena Poma

4) Relevant portions of the Deposition of Elena Poma;

5) Affidavit of Christine E. Corriveau

PLAINTIFF

BY: _____
     Christine E. Corriveau
     Miniter & Associates
     100 Wells Street
     Hartford, CT 06103
     (860) 560-2590
     Federal Bar # No.: ct21212

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to the following counsel of record this 31st day of December, 2003:

Joseph W. McQuade
Kainan Escalera & McHale, PC
21 Oak Street Suite 601
Hartford, CT 06106

_____
Christine E. Corriveau