### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ELENA POMA F/K/A ELENA AQUINO:** | | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:02CV543 (MRK)** |
| **v.** | : | |
| | : | |
| **CITY OF HARTFORD/** | : | |
| **HEALTH DEPARTMENT** | : | |
| **Defendants.** | : | |
| | : | |

## AFFIDAVIT OF KATHERINE MCCORMACK

I, KATHERINE MCCORMACK, being duly sworn, hereby depose and state:

1. I am over the age of 18 and believe in the obligations of an oath.

2. From January 1, 1996 through June 30, 2003, I served as the Director of Health for the City of Hartford.  Previously, I had served as the Acting Director of Health.

3. In or around 1998, Ponn Mahayosnand served as my Deputy Director of Health.

4. To my knowledge, Ms. Mahayosnand never served, in any capacity, in the City of Hartford's Personnel/Human Resources Department.

KATHERINE MCCORMACK

Subscribed and sworn before me
this 14th day of January 2004.

Notary Public/Commissioner of the Superior Court