UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday February 13, 2004
10:15 a.m.

CASE NO. **3:02cv543 MRK**   **Poma v. Health Dept**

Christine E. Corriveau
Miniter & Associates
147 Charter Oak Ave.
Hartford, CT 06106-5100

Joseph W. McQuade
Kainen, Escalera & McHale, PC
21 Oak St.
Hartford, CT 06106

STATUS CONFERENCE HELD
DATE: 2/13/04

8 min.

Francis A. Miniter
Miniter & Associates
147 Charter Oak Ave.
Hartford, CT 06106-5100

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK