CTlcvmhrg (January 10, 2002)

HONORABLE **M. R. Kravitz**
DEPUTY CLERK **K. Ghiardi**  RPTR/ERO/TAPE **Thea**

TOTAL TIME: **1** hours **50** minutes

DATE **4/7/04**   START TIME **10:20**   END TIME **12:10**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Poma**

CIVIL NO. **3:02 cv 543 MRK**

**Francis A. Miniter**
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Health Dept City of Hfd**

**Joseph W. McQuade**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing         ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

☑ #29  Motion **for Summary Judgment**   ☑ granted ☐ denied ☐ advisement

Hearing continued until _____ at _____