UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELENA POMA F/K/A ELENA AQUINO | : | |
| | : | |
| Plaintiff, | : | NO. 3:02cv543 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD/HEALTH DEPARTMENT | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

For the reasons stated on the record in open court, Defendant's Motion for Summary Judgment [doc. # 29], dated November 4, 2003, is GRANTED and judgment shall enter on behalf of the defendants on all of plaintiff's claims. The Clerk is directed to close this file.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 7, 2004.