UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELENA POMA F/K/A ELENA AQUINO

        v.                            Civil No.  3:02cv543 (MRK)

CITY OF HARTFORD/HEALTH
DEPARTMENT

## JUDGMENT

This matter came on for consideration on defendant's Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on April 7, 2004, entered an Order granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 8th of April, 2004.

                                              KEVIN F. ROWE, CLERK
                                              By
                                                /s/ Kenneth R. Ghilardi
                                              Kenneth R. Ghilardi
                                              Deputy Clerk

EOD: _____