UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELENA POMA F/K/A ELENA AQUINO : | | CIVIL ACTION NO. |
| Plaintiff, : | | 3:02CV543 (MRK) |
| v. : | | |
| : | | |
| CITY OF HARTFORD/ : | | |
| HEALTH DEPARTMENT : | | |
| Defendant. : | | MAY 14, 2004 |
| : | | |

### DEFENDANT'S VERIFIED BILL OF COSTS

Pursuant to D. Conn. L. Civ. R. 54, Fed. R. Civ. P. 54 and 28 U.S.C. §§ 1821, 1920-1923, Defendant, as the prevailing party in the above-captioned case, submit the following verified bill of costs.

Joseph W. McQuade, counsel for Defendant, being duly sworn, verifies that:

1. Judgment was entered in this case on or about April 7, 2004 and that judgment has become final due to the expiration of the appeal period.

2. The costs listed herein are true and correct and were necessarily incurred in the course of this action;

3. Appropriate invoices for the claimed costs are attached hereto;

4. The court reporter and transcript costs listed below are true and accurate; and such transcripts were used in support of Defendant's successful summary judgment motion:

    a.    Transcript of Deposition of Elena Poma
           (commenced on February 13, 2003 and
           concluded on March 27, 2003): ........................................ $1,191.20

    b.    Transcript of Deposition of Katherine McCormack (June 19, 2003) ................................................ $213.59

        Subtotal: ........................................................................ $1,404.79

5.    The court reporter and transcript costs listed below are true and accurate; were necessarily obtained in preparation of the case; were not obtained simply for the convenience of counsel; and constituted depositions of Plaintiff's designated expert witnesses:

    a.    Transcripts and court reporter fees for the Depositions of Richard Lauerman, Ph.D. and Neil Liebowitz, M.D. (April 29, 2003): ......................... $424.88

    b.    Witness fees charged by Plaintiff's expert witnesses (R. Lauerman and N. Liebowitz) for attendance at their depositions: ...................................... $600.00

        Subtotal of Costs Associated with Depositions of Plaintiff's Expert Witnesses: ........................................ $1,024.88

        **TOTAL COSTS SOUGHT** ........................................... **$2,429.67**

                                                          Joseph W. McQuade

Subscribed and sworn before me
this 14th day of May, 2004

Commissioner of the Superior Court

DEFENDANT,
CITY OF HARTFORD/HEALTH
DEPARTMENT

By: _____
Joseph W. McQuade, ct12121
jmcquade@kemlaw.com
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06103
Tel.: (860) 493-0870
Fax: (860) 493-0871
Its Attorneys

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Defendant's Verified Bill of Costs was sent via first class U.S. mail on this the 14th day of May 2004 to:

Francis A. Miniter, Esq.
Christine E. Corriveau, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

_____
Joseph W. McQuade

13542

3