# Andrews Reporting Service

## Court Reporters

**\*\*INVOICE\*\***

February 26, 2003

Joseph W. McQuade, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT  06106

Invoice No. 3-031                    Fed. ID No. 06-1331990

RE:   Elena Poma f/k/a Elena Aquino vs. City of
      Hartford/Health Department

  DOCKET NO:    3:02CV543 (CFD)
  DEPO DATE:    February 13, 2003
DEPONENT(S):    Elena Poma

    Orig & 1 copy:  176 pgs @ $3.80/pg .....  $ 668.80
  ATTENDANCE FEE:   ........................     80.00
  EXHIBIT COPIES:   81 pgs @ .20/pg ........     16.20
  ASCII DISK:       ........................        nc
  WORD INDEX:       ........................        nc
  POSTAGE/DELIVERY: ........................      9.25

                             SUBTOTAL:  $ 774.25
                        6% SALES Tax:       n/a

                            TOTAL DUE:  $ 774.25

**\*\*PAYMENT DUE UPON RECEIPT\*\***

THANK YOU
Reporter:  Sandy Visentin

**Kainen, Escalera & Mchale, P.C.**

5319

| | | |
|---|---|---|
| Andrews Reporting Service | | 3/6/2003 |
| Invoice: 03-005-3-031 | | 774.25 |

| | | |
|---|---|---|
| Checking - Webster Bank   Invoice: 03-031 | | 774.25 |

1688

# *Andrews Reporting Service*

## Court Reporters

**\*\*INVOICE\*\***

April 3, 2003

Joseph W. McQuade, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT  06106

Invoice No. 3-057                    Fed. ID No. 06-1331990

---

RE:   Elena Poma vs. City of Hartford/Health Department

DOCKET NO:   3:02CV543 (CFD)
DEPO DATE:   March 27, 2003
DEPONENT(S): Elena Poma - Volume 2

  Orig & 1 copy:  86 pgs @ $3.80/pg ......   $ 326.80
ATTENDANCE FEE:   ..........................      80.00
EXHIBIT COPIES:  27p @ .20/pg ............        5.40
ASCII DISK:   .............................        nc
WORD INDEX:   .............................        nc
POSTAGE/DELIVERY:   .......................       4.75

                          SUBTOTAL:   $ 416.95
                       6% SALES Tax:       n/a

                         TOTAL DUE:   $ 416.95

---

\*\*PAYMENT DUE UPON RECEIPT\*\*

THANK YOU
Reporter:  Sandy Visentin

**Kainen, Escalera & Mchale, P.C.**

5388

Andrews Reporting Service                4/10/2003

Invoice: 03-005-3-057                    416.95

Checking - Webster Bank    Invoice: 03-057                    416.95



**NIZIANKIEWICZ & MILLER**

972 TOLLAND STREET
EAST HARTFORD, CT  06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
JOSEPH W. MCQUADE, ESQUIRE
KAINEN, ESCALERA & MCHALE, P.C.
21 OAK STREET                              DATE      06/30/2003
HARTFORD, CT   06106                       INVOICE      27524
                                           CLIENT        4563
                                           REFERENCE DAV


Re: ELENA POMA    CITY OF HARTFORD/HEALTH DEPT.
Assignment Date: June 19, 2003


  Deposition Of - KATHERINE M. MCCORMACK

USDC OPPOSING COUNSEL                                   197.50
SHIPPING & HANDLING                                       4.00
                                                    ==========
                              Total Amount  $           201.50
                                      Tax  $             12.09
                                Total due  $            213.59


WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```

```
                  NIZIANKIEWICZ & MILLER Reporting
                    Federal Tax Id#: 06-1113444
CLIENT'S COPY
```

**Kainen, Escalera & Mchale, P.C.**

5602

Niziankiewicz & Miller                                              7/11/2003

Invoice: 27524                                                      213.59

Checking - Webster Bank    Invoice: 27524                           213.59

1405

# *Andrews Reporting Service*

Court Reporters

\*\*INVOICE\*\*

May 23, 2003

Joseph W. McQuade, Esq.
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106

Invoice No. 3-113                    Fed. ID No. 06-1331990

```
    RE:  Elena Poma vs. City of Hartford/Health Department

      CASE NO:   3:02CV543 (CFD)
    DEPO DATE:   April 29, 2003
  DEPONENT(S):   Richard Lauerman, Ph.D - 22 pgs
                 Neil Liebowitz, M.D. - 36 pgs

    TRANSCRIPT:  (Medical)
      Orig & 1 copy:  58 pgs @ $4.80/pg ......   $ 278.40
      Copy to Witnesses for read & sign:
        Lauerman and Liebowitz:  58 @ 1.00/pg ..    58.00
    APPEARANCE FEE:   ...........................    80.00
    ASCII DISK:  ................................      nc
    WORD INDEX:  ................................      nc
    POSTAGE/DELIVERY:   .........................    8.48

                              SUBTOTAL:   $ 424.88
                         6% SALES Tax:        n/a

                             TOTAL DUE:   $ 424.88
```

\*\*PAYMENT DUE UPON RECEIPT\*\*

THANK YOU
Reporter:  Marcia Allen

**Kainen, Escalera & Mchale, P.C.**

5521

Andrews Reporting Service                    6/2/2003
　　　　　　　　　Invoice: 3-113                         424.88


Checking - Webster Bank    Invoice: 3-113                    424.88

1486

**Connecticut Anxiety and Depression Treatment Center**
Round Hill Square
1031 Farmington Avenue
Farmington, CT 06032
860-677-2550

4/29/03

Joseph W. McQuade
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT 06106

Bill for Professional Services

Re: Elena Poma Case

| Date of Service | Service | Time |
|---|---|---|
| 4/29/03 | Deposition of Dr. Laurerman | 1 |
| 4/29/03 | Deposition of Dr. Liebowitz | 1 |
| total time | | 2 |

**Amount due @ $300 per hour:**         $600.00

**Please make remittance in above amount to: Neil Liebowitz, MD**
CT Anxiety & Depression Treatment Ctr.
1031 Farmington Avenue
Farmington, CT 06032
tax ID 06-1401820

Thank you.

**Kainen, Escalera & Mchale, P.C.**

5474

| | | |
|---|---|---|
| Connecticut Anxiety & Depression Treatmen | 5/9/2003 | |
| Elena Poma | | 600.00 |

| | | |
|---|---|---|
| Checking - Webster Bank    Elena Poma | | 600.00 |

1533