## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELENA POMA F/K/A ELENA AQUINO : | | CIVIL ACTION NO. |
| Plaintiff, : | | 3:02CV543 (MRK) |
| v. : | | |
|  : | | |
| CITY OF HARTFORD/ : | | |
| HEALTH DEPARTMENT : | | |
| Defendant. : | | JUNE 24, 2004 |
|  : | | |

### DEFENDANT'S RENEWED VERIFIED BILL OF COSTS

Pursuant to D. Conn. L. Civ. R. 54, Fed. R. Civ. P. 54 and 28 U.S.C. §§ 1821, 1920-1923, Defendant, as the prevailing party in the above-captioned case, submit the following renewed verified bill of costs.

Joseph W. McQuade, counsel for Defendant, being duly sworn, verifies that:

1. Judgment was entered in this case on or about April 7, 2004 and that judgment has become final due to the expiration of the appeal period.

2. On June 21, 2004, the Clerk of the Court issued a Ruling on Defendant's Verified Bill of Costs ("Ruling").

3. In the Ruling, the Clerk allowed a total of $1,520.00 in costs but denied a claim for cost of the Deposition Transcript of Katherine M. McCormack in the amount of $213.59 because "[s]upporting documentation for the deposition transcript, Invoice #27524 from Nizankiewicz & Miller Reporting, does not reflect the page rate or number of pages." However, the claim was "disallowed without prejudice to renewal within ten days upon the

submission of supporting documentation reflecting the number of pages and page rate charged.".

4. The attached documentation from Nizankiewicz & Miller indicates that the transcript of the McCormack Deposition consisted of 79 pages, which were charged at a rate of $2.50 per page, for a total of $197.50, plus shipping and handling charges of $4.00 and tax of $12.09.  Thus, if the shipping and handling charge is eliminated (consistent with the Ruling), the recoverable cost should be $209.59.

5. As established in the original Verified Bill of Costs, the transcript of the Deposition of Katherine M. McCormack was used in the Defendant's Motion for Summary Judgment.

6. Therefore, the Defendant requests additional costs of **$209.59** in addition to the $1,520.00 previously allowed in costs awarded to the Defendant.

_____

Joseph W. McQuade

Subscribed and sworn before me
this 24th day of June, 2004

_____
Commissioner of the Superior Court

          DEFENDANT,
          CITY OF HARTFORD/HEALTH
          DEPARTMENT


By: _____
    Joseph W. McQuade, ct12121
    jmcquade@kemlaw.com
    Kainen, Escalera & McHale, P.C.
    21 Oak Street, Suite 601
    Hartford, CT  06103
    Tel.: (860) 493-0870
    Fax: (860) 493-0871
    Its Attorneys


## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Defendant's Renewed Verified Bill of Costs was sent via first class U.S. mail on this the 24th day of June 2004 to:

Francis A. Miniter, Esq.
Christine E. Corriveau, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103


          _____
               Joseph W. McQuade

14429